# JM

JOSEPH MURE JR. & ASSOCIATES

26 Court Street • Suite 2601 • Brooklyn, NY 11242
718.852.9100

November 9, 2014

Honorable Judge Sandra L. Townes
United States District Court Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11242
VIA ECF

> **RE: SENTENCING MEMORANDUM**
> **United States v. Harun Pejcinovic**
> **Docket No. 08-CR-916 (S-5)-23**

Dear Judge Townes,

As you are aware, our offices represent the above referenced individual presently scheduled to be sentenced by the Court on November 19, 2014 at 11:00AM.

On July 28, 2010, Harun Pejcinovic pled guilty before Hon. Magistrate Judge Viktor Pohorelsky to a lesser included offense in Count Four of a Four Count, Fifth Superseding Indictment. As amended, Count Four charges that between January 2000 and February 2009, Mr. Pejcinovic, together with others, conspired to distribute marijuana in violation of 21 U.S.C. §846, §841(a)(1) and §841(b)(1)(D).

Based upon a Total Offense Level of 14 and a Criminal History Category of I, the advisory guideline custody range suggested by the Department of Probation in the Presentence Report is 15 to 21 Months (¶139).

However, as so eloquently stated in <u>United States v. Myers</u>, 353 F. Supp. 2d 1026 (S.D. Iowa 2005) *"If the 600-plus pages of the most recent set of sentencing guidelines have taught us anything, it is that punishment cannot be reduced to an algorithm"*.

1

Thus, *"[i]t is uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted person as an individual and every case as a unique study in the human failings that sometimes mitigate…the crime and the punishment to ensue"*. <u>United States v. Koon</u>, 116 S.Ct. 2035 at 2053 (1996).

## APPLICATION FOR A REASONABLE NON-GUIDELINE SENTENCE PURSUANT TO 18 U.S.C. §3553(a)

As the Court is undoubtedly aware, pursuant to the Supreme Court's decision in <u>Booker</u>, the United States Sentencing Guidelines were recently afforded the status which their name originally implied. To clarify and repeat, they are simply *guidelines* and no longer represent legislative mandates.

Several factors enumerated in 18 U.S.C. §3553 (a) must thus be considered and weighed in fashioning an appropriate sentence. See <u>Booker</u>, 543 U.S. at 245-46, 264-55; <u>United States v. Crosby</u>, 397 F. 3rd 103 (2nd Cir. 2005).

In addition to considering the Guidelines and Policy Statements as required by §3553(a)(4) and (a)(5), the Court must also consider the following factors:

(1)    the nature and circumstances of the offense and the history and characteristics of the defendant;

(2)    the need for the sentence imposed including:
   (A)    to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
   (C)    to protect the public from further crimes of the defendant;

(3)    the kinds of sentences available;
…

These §3553 (a) factors focus on the defendant as an individual and stand in stark contrast to the mandates of U.S.S.G. Chapter 5, Part H

("Specific Offender Characteristics") which, absent extraordinary circumstances, forbid the Court's consideration of a defendant's personal characteristics and history.

Indeed, sentencing Courts are now *"required to consider a host of individual variables and characteristics excluded from those calculations called for by the Guidelines"*. <u>United States v. West</u>, 353 F. Supp. 517 (S.D.N.Y. 2005). Moreover, *"consideration of the §3553(a) factors is not a cut and dried process of fact finding and calculation, instead a district judge must contemplate the interplay among so many facts in the record and the statutory guideposts"*. <u>United States v. Fernandez</u>, 443 F. 3rd 19 (2nd Cir. 2006).

Hence, the guidelines are no longer obligatory and courts no longer need a justification for sentencing a defendant based on factors that are outside the "heartland" of cases. This Court may thus consider a sentencing variance below the applicable guidelines range based on the authority provided pursuant to <u>Booker</u> and its progeny.

Consistent with the foregoing, we respectfully request the Court consider the following factors in connection with its fashioning of an appropriate sentence in the instant matter.

## (A)   The Abandonment of Harun Pejcinovic's Family Responsibilities

Harun Pejcinovic has continuously resided with his parents, Halim Pejcinovic (age 74) and Sonia Kolasinac (age 64) his entire life.

As they have aged, the elderly and retired Mr. and Mrs. Pejcinovic have grown to rely upon their son Harun Pejcinovic for a wide range of matters. Indeed, their reliance on Harun runs the spectrum from managing their financial affairs (including serving as superintendant of the residential apartment building his parents own and subsist on) to chaperoning them to various doctor's appointments.

The Pejcinovic family's fears over Harun's potential inability to serve as caretaker to his parents are best expressed through their own words:

> *"Although my son has wronged he is a changed man and the rock of this family. He actively and continuously donates to charities and makes grave attempts to make up for his wrongdoing. As part of the*

*changes, he has made in his life he has become a better son to my husband and I.*

*Harun takes on the responsibility of everything in our lives from payment of bills to the care of our home, to the care of my husband and me. I suffer from dementia and my husband has been diagnosed with various health issues such as diabetes, both high and low blood pressure. I have difficulties taking care of myself let alone my husband and his needs. My son takes on the responsibility of caring for both of us especially the daily monitoring and distribution of my medication as well as my husband's medications and taking us to doctor visits that no one else is present to take us to. His care stretches far beyond taking care of us but also aids in household responsibilities, payment of our mortgage and bills and has taken on the responsibility of that of a homeowner.*

*Your honor I ask that you take leniency on my son's sentence because of the important role he plays to my husband and my needs. I understand the wrongdoing of his behavior but I plead that with your discretion Harun will be capable of still helping his parents especially for the sake of our health conditions. I thank you for allowing this letter and plead that you take this unfortunate situation into consideration."*

<u>Exhibit: A</u>: Halim Pejcinovic and Sonia Kolasinac

A Defendant's familial responsibilities are a necessary and permissible factor in providing leniency in sentencing (see <u>U.S.S.G §5H1.6;</u> <u>United States v. Alba</u>, 933 F 2d 1117 (2nd Cir. 1991) (*living with dependent relatives*).

This philosophy is predicated upon the fact that the "*family circumstances caselaw of this and other circuits recognizes that courts should…attempt to build procedures, dispositions, and structures that foster extended family responsibilities*". <u>United States v. Rose</u>, 885 F. Supp. 62, 63 (E.D.N.Y. 1995).

Harun Pejcinovic's parents would be the intended beneficiary of leniency provided by this Court on family circumstances grounds inasmuch as they are dependent and vulnerable individual whom the defendant has demonstrated long term devotion and commitments. United States v. Londono, 76 F. 3d 33, 36 (2nd Cir. 1996) (Court of Appeals recognized that a defendant's family responsibilities may present such circumstances that leniency is necessary and permissible").

In cases such as this, the elimination of time to be served in prison allows the defendant to continue to discharge his existing family responsibilities and avoids potentially relegating members of his family to public assistance.  See e.g. United States v. Rivera, 994 F. 2d 942 (1st Cir. 1993); United States v. Alba, 933 F. 2d 1117 (2nd Cir. 1991); United States v. Johnson, 964 F. 2d 124 (2nd Cir. 1992). United States v. Cho, No. 08-CR-332, 2009 WL 5322746, at *2 (E.D.N.Y. Oct. 6, 2009) (imposing below-Guidelines sentence where defendant appeared contrite and had a close relationship with his mother who was recently diagnosed with a tumor); United States v. Alequin, No. 07-CR-00810, 2008 WL 3009962, *1-2 (E.D.N.Y. June 16, 2008) (imposing a below-Guidelines sentence on defendant who pleaded guilty to importing heroin because he was a *"gentle person"* who *"worked hard for his family"*).

Leniency in such instances serves to *"reduce the destructive effects that incarceration of a defendant may have on innocent third parties"*. United States v. Milikowsky, 65 F. 3rd 4 (2nd Cir. 1995).

In the instant matter, Mr. Pejcinoivic's parents are uniquely dependent on the care and support that he provides. The removal of Harun Pejcinovic will have a disastrous effect upon his family unit. It will terminate familial responsibilities which he has effectively shouldered for decades and continues, as of the date of this memorandum, to diligently discharge.

## (B)    Harun Pejcinovic Maintains Gainful Employment in Furtherance of His Post-Offense Rehabilitation

The record reflects that Harun Pejcinovic was arrested for the instant offense on July 9, 2009 – over five (5) years ago.

In the intervening half decade, Mr. Pejcinovic has undertaken great

rehabilitative strides relevant to the Court's fashioning of an appropriate sentence.

In this regard, Harun Pejcinovic has maintained employment as the Superintendent of a multi-unit residential building located on Sherwood Avenue in Yonkers, New York.

One of the building's tenants has shared their insight on Mr. Pejinovic's character with the Court:

> *"Since I have known Harun he has displayed that he is a caring, generous, trustworthy and helpful individual that is understanding. Recently the company I work for downsized their whole organization which resulted in my working hours getting cut, so now I work part-time and have 3 little children to support which is extremely difficult for me to pay rent and provide food for my children.*
>
> *When I approached Harun with the issue that I am currently facing as well as struggling he lowered my rent from $1,400 to $1,000 until I get back on my feet. His response enlightened me and gave hope that everything will get better in which I will be forever grateful to him."*

<u>Exhibit B-1</u>: Elvisa Dervisevic

These sentiments have been echoed by the building's attorney who provides as follows:

> *"I have been an attorney in New York for over thirty (30) years. I have been asked to write a letter on behalf of my client Harun Pejcinovic. I have known him for over ten (10) years having represented him in various transactions including Real Estate, business and litigation matters…His flexibility and kindness for his tenants has evinced a great compassion."*

<u>Exhibit B-2</u>: Andrew Romano, Esq.

In addition, Mr. Pejinovic attended school for purposes of studying for the New York State Real Estate License. Consistent with the foregoing, Pejinovic received his Real Estate Certificate in November 2011 and works

part-time as a Real Estate Broker (<u>Exhibit B-3</u>: Bronx- Manhattan Association of Realtors).

Mr. Pejinovic had purposefully engulfed himself in these positions for the dual purposes of supporting his family through gainful employment while concomitantly distancing himself from the third party distractions which ultimately contributed to commission of the offense for which he stands before this Court. Rehabilitative measures such as these can militate against one's prior history and render them less prone to recidivism in the process.

Indeed, Mr. Pejcinovic's philosophical evolution has not been lost upon his fiancé who confides the following in the Court:

> *"It is with a heavy heart I write this letter to you. I have been Harun's girlfriend for over 5 years now and have known Harun for over 10 years and he always been a man with high morals, character, loving, trustworthy as well as helpful to everyone.*
>
> *In the past Harun has made poor judgments and has taken wrong actions but he has realized and taken full responsibility for all his wrongdoings and is remorseful for the crime that he has committed.*
>
> *He has since then made positive changes in his life and has taken a different approach on life. Harun has become a better son, uncle, friend and citizen.*
>
> *Harun and I are ready to take the next step in life, which is to get married and start a family, and I cannot fathom the thought of that not occurring and him not being around due to the present circumstances and time he may be facing. Once again, he is a changed man that is remorseful for his actions and is eager to start a family and be a better person. I am humbly asking you to have mercy in your sentencing."*

Exhibit B-4: Ferdana Anna Balic

## (C)    Harun Pejcinovic's Civic Deeds and Charitable Activities

Harun Pejcinovic possesses a strong sense of community awareness as well as a history of civic deeds.

Demonstrative of this representation, Mr. Pejcinovic has been a

diligent supported of a plethora of local charity organizations for well over a decade.

In this regard, Mr. Pejcinovic has volunteered substantial amounts of time to the Morris Park Community Center in the Bronx as well as the St. Raymond High School For Boys:

> "*I am an attorney, boxing promoter, and former prosecutor. I have known Harun for many years now through my association with a local gymnasium, the Morris Park Boxing Club. The club was established in the mid-1970s and is a highly regarded and one of the longest consistently running boxing gym/program in New York.*
>
> *Although the gym does have recognized professional and amateur boxers, it also serves as a positive and worthwhile community program. In that regard, we have been able to positively influence the youth in the community as well as those that come specifically to this area to work out. In that regard, we have found Harun to be very caring and interested in helping many of the disadvantaged individuals that come to the club....I am providing him with this letter as it relates to the character of the man and his goodhearted nature with regards to people, specifically the youth that he could've simply disregarded.*"

Exhibit C-1: Joe DeGuardia, Esq.

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

> *As the proprietor of this Morris Park boxing gym in the Bronx, he often helped underprivileged and struggling families by providing free boxing training for the children of the neighborhood. He's had free barbeques and music festivals at the gym for all the kids. He has always directed them to stay in school and out of trouble. His big heart and generosity of giving his time caught the attention of us all. He is kind, courteous and most of all his presence is a great force in many people's lives.*

Exhibit C-2: Miguel Cuevas

\* \* \* \* \* \* \* \* \* \* \* \*

*"Mr. Pejcinovic is well known to me because of his service and good works to our school. He has given countless hours of service through service in kind to our school. This donation of his time helped us to put in solar powered lights in our parking lot and a solar power system to help defray the cost of our electric bill each month. These acts of kindness were of significant benefit to our school community.*

*On a personal note, Mr. Pejcinovic is a kind and generous person. His giving spirit to the community and kind personality are commendable and well appreciated"*

<u>Exhibit C-3</u>: Br. Daniel Gardner, FSC
St. Raymond High School for Boys

This personal sense of societal responsibility has been further described for the Court though the following correspondence:

*"I have known Harun for many years now, he has displayed to be a generous, kindhearted and a helpful individual that has been a member of the mosque for over 4 years now. Harun attends all cultural and non-cultural events that take place within the mosque. Harun is always present and provides help with wakes, burials, prayer vigils, organizing religious dinners and prayers, charitable events as well as he practices the religion and attends religious ceremonies and prayers every Friday.*

*Furthermore, Harun donates to charities for individuals in need and that are less fortunate. Harun is consistent in attending meetings on ways to provide better assistance to families and others who are struggling and are in need of help. Harun attends all mosque gatherings in the holy month of Ramadan and encourages fellow members to perform acts of righteousness and good deeds as well hosts dinners in the mosque during that month.*

*Although Harun has made mistakes in the past he is a transformed and better individual now. Harun is an upstanding and thoughtful person who has helped and changed the lives of many…"*

<u>Exhibit C-4</u>: Imam Kemal Bektesevic

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*"Harun is a longtime friend of my family in which we have lived in the same neighborhood for well over 15 years now. I have watched Harlin grow up from a teenager to a very well respected man who has and still continues to be very helpful to me and my family. Harun has helped me many times with house improvements, bad weather conditions in which he would help shovel the snow during the whole winter, family events and most importantly he helped prevent my home from getting burglarized two years ago chasing away the thieves while me and my family were asleep in which I am ever so thankful that he risked his own life to save others. I can keep going on and on about what considerable actions Harun has done for my family as well as for the neighborhood."*

Exhibit C-5: Carmine Palombella

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*"Harun is a childhood friend of mine. I've always known him to be a kind and loving person. He has always been there in my time of need, always giving me good advice in life. When he found out my late mother Letizia Spena had gotten ill, he went to visit her in ICU everyday. During the time of her passing he gave me and my family full support. To this day we support each other during life's tough challenges. He loves the Bronx; he's a staple to the community... Harun is a great person with a great heart, always willing to help people."*

Exhibit C-6: Vincenzo Spenza

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

*"Harun and I lived in the same neighborhood for well over thirty years. Even as a teenager, I can recall him being very kind and respectful. Although I know him for more than three decades, one of the most heartfelt things he did for my family occurred within the past few years. Three years ago, my sister-in-law, Alison, was diagnosed with Stage 4 colon cancer. Her parents, from England, were staying*

*their daughter and my brother for a few months during her treatments. Harun was aware of her condition and one summer evening he called me and said, "Come outside, I have to give you something." I did as he requested and standing outside of my home was Harun, with three containers of food in his hand. He brought Alison and her parents homemade lamb, rice , and refreshing watermelon. Little did he know lamb was Alison's favorite food! Unfortunately, my sister-in-law passed away that fall. She never got the opportunity to thank him personally, but I am forever grateful for his sincere act of kindness that put a huge smile on her face."*

Exhibit C-7:  Amelia Lyman

*    *    *    *    *    *    *    *    *    *    *    *

*"I have known Mr. Pejcinovic for 20 years. I first met him when my husband utilized his music studio while working with various recording artists. Due to his affable, candid personality, Mr. Pejcinovic became a trusted friend to our family. As my husband used to travel on business many days of the year, I came to rely on Mr. Pejcinovic in case of emergency. He has always been kind and generous whenever my family has needed something, marshaling any and all resources at his disposal. I have also witnessed his generosity extended to others. He never has a problem giving his time and money to assist another person."*

Exhibit C-8: Rachelle Christine

Of additional relevance, as evidenced in the enclosed, Harun Pejcinovic has donated time and/or monies to:

-Various law enforcement associations (including the New York City Police Athletic League, New York City Patrolman's Benevolent Association, New York City Detective's Endowment Association, National Law Enforcement Officers' Memorial Fund and the National Association of Chiefs of Police Family Fund for Paralyzed and Disabled Police Officers);

-Veteran affairs organizations (including Paralyzed Veterans of

America, Help Hospitalized Veterans, Veterans of Foreign Wars of the United States, Vietnam Veterans Memorial Fund and the Coalition to Salute America's Heroes Help Hospitalized Veterans);

-Children's programs (including Feed The Children, Easter Seals, Boys Town and Ronald McDonald House);

-Medical organizations (including Memorial Sloan Kettering Cancer Center, American Cancer Society, National Cancer Coalition and the National Committee to Preserve Social Security and Medicare);

-Educational initiatives (including the United Negro College Fund);

-Political causes (including the George W. Bush Presidential Center and the Save Jerusalem Foundation)

-Other philanthropic causes including the Southern Poverty Law Center and the United States Olympic Committee.

<u>Collective Exhibit C-9</u>:

An individual's civic deeds and acts of kindness may, in combination with other characteristics and/or circumstances, provide grounds for leniency by a sentencing court. (see U.S.S.G. §5K2.0; <u>United States v. Rioux</u>, 97 F 3d 648 (2nd Cir. 1996).

## **Conclusion**

The Sentencing Commission had itself "*stressed the difficulty of prescribing a single set of guidelines that encompasses the vast range of human conduct potentially relevant to a sentencing decision*". <u>United States v. Merritt</u>, 988 F 2d at 1309 (2nd Cir. 1993) [quoting U.S.S.G. Guidelines Manual, Ch. 1, Pt. A, intro. cmt. 4(b)].

Cognizant of this fact, the Court pronounced in <u>United States v. Lara</u>, 905 F. 2d 599, 604 (2nd Cir. 1990) that "*it was not Congress' aim to straitjacket a sentencing court, compelling it to impose sentences like a robot inside a glass bubble, and preventing it from exercising discretion, flexibility and independent judgment*".

In light of the above and enclosed, we submit that a term of Probation with conditions at the Court's discretion would be a fair and reasonable non-guidelines sentence in light of the factors set forth in 18 U.S.C. §3553(a). We respectfully submit that a custodial sentence of this particular defendant would be unduly harsh and far more harmful than warranted.

Mr. Pejcinovic has been entirely compliant with the terms and conditions of his lengthy Five (5) Years of Pre-Trial supervision. Accordingly, we are supremely confident that any Court-imposed Probation terms will remain equally incident free.

Such supervision, "*rather than an act of leniency, is a substantial restriction on freedom*". Gall v. United States, 128 S. Ct. 586 (2007) (rejecting an appellate rule that requires extraordinary circumstances to justify a sentence outside the Guidelines range as well as the use of rigid mathematical formulas) .

We thank you for your continued consideration in this matter.

Respectfully Submitted,

Joseph Mure, Jr., Esq.

cc:    A.U.S.A. Steven L. Tiscione, Esq.
       VIA ECF

# EXHIBIT A

1703 Fowler Avenue

Bronx, New York 10462

March 1, 2014


The Honorable Judge Towns

Federal Court

225 Cadman Plaza E.

Brooklyn, NY 11201

Dear Judge Towns,


It is with much concern for my son Harun Pejcinovic that I write this letter. As his mother, I write this letter to plead leniency in my son's sentencing. Although my son has wronged he is a changed man and the rock of this family. He actively and continuously donates to charities and makes grave attempts to make up for his wrongdoing. As part of the changes, he has made in his life he has become a better son to my husband and I.

Harun takes on the responsibility of everything in our lives from payment of bills to the care of our home, to the care of my husband and me. I suffer from dementia and my husband has been diagnosed with various health issues such as diabetes, both high and low blood pressure. I have difficulties taking care of myself let alone my husband and his needs. My son takes on the responsibility of caring for both of us especially the daily monitoring and distribution of my medication as well as my husband's medications and taking us to doctor visits that no one else is present to take us to. His care stretches far beyond taking care of us but also aids in household responsibilities, payment of our mortgage and bills and has taken on the responsibility of that of a homeowner.

Your honor I ask that you take leniency on my son's sentence because of the important role he plays to my husband and my needs. I understand the wrongdoing of his behavior but I plead that with your discretion Harun will be capable of still helping his parents especially for the sake of our health conditions. I thank you for allowing this letter and plead that you take this unfortunate situation into consideration.

Sincerely,

Halim & Sajka Pejcinovic

# **EXHIBIT B**

Elvisa Dervisevic

1703 Fowler Street 2nd Floor

Bronx, New York 10462


June 21, 2014


The Honorable Judge Townes

Judge, U.S. District Court, Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201


Dear Judge Townes,

I am writing this character letter to you on behalf of Harun Pejcinovic, a defendant in one of your upcoming cases. My name is Elvisa Dervisevic and I am currently a tenant that lives in his owned home for over 4 years now. Since I have known Harun he has displayed that he is a caring, generous, trustworthy and helpful individual that is understanding. Recently the company I work for downsized their whole organization which resulted in my working hours getting cut, so now I work part-time and have 3 little children to support which is extremely difficult for me to pay rent and provide food for my children. When I approached Harun with the issue that I am currently facing as well as struggling he lowered my rent from $1,400 to $1,000 until I get back on my feet. His response enlighten me and gave hope that everything will get better in which I will be forever grateful to him.


I am not familiar with the charges that Harun is facing and personally I have never heard of him being involved in any illegal activities and if he was involved he has since changed for the positive in many beneficial ways. Harun has displayed that he is remorseful for the crimes that were committed and realizes that those actions were poorly made on his part in which he takes full responsibility for. I hope that this letter can paint a vivid picture to you and all on how an upstanding and good individual Harun is. I ask that you please consider the information above and show leniency on his sentencing. I thank you for taking the time out to hear my thoughts on this matter.


Respectfully,

Elvisa Dervisevic

LAW OFFICE OF
## ANDREW M. ROMANO
20 SOUTH BROADWAY, STE. 902
YONKERS, NEW YORK 10701
TEL: (914) 965-4221 — FAX (914) 965-8409
WWW.ANDREWROMANOLAW.COM — AROMANOLAW@GMAIL.COM

SILVIA M. METRENA                 ANDREW M. ROMANO

February 26, 2014

Federal Court
Judge Towns
225 Cadman Plaza E.
Brooklyn, NY 11201

Dear Judge Towns:

I have been an attorney in New York for over thirty (30) years. I have been asked to write a letter on behalf of my client Harun Pejcinovic. I have known him for over ten (10) years having represented him in various transactions including Real Estate, business and litigation matters. He has always been considerate and forth-coming in all his matters with my office and with other parties involved in the transaction. His flexibility and kindness for his tenants has evinced a great compassion. I don't know what his crime was but any crime is out of character based on my experience with him and those who know him. I would request that the court do whatever is in it's
power to help my client in his time of need.

Very truly yours,

Andrew M. Romano



# BMAR

**Bronx-Manhattan North Association of Realtors, Inc.**
1867 Williamsbridge Road • Bronx, New York 10461-6298
718.892.3000 • 212.242.4343 • FAX 718.892.9181
www.bmar.org • email: info@bmar.org

REALTOR®

**OFFICERS**

MATTHEW ENGEL, CPM
President
MATTHEW SCHMELZER
President-Elect
NUNZIO DEL GRECO, RCE
Chief Executive Officer
CHRISTINA TAYLOR
V.P. Bronx Residential Div.
RICHARD GUARINO
V.P. Manhattan Residential Div.
DANIELLE ERICKSON NOAK
V.P. Owner-Management Div.
KATHY ZAMECHANSKY
V.P. Commercial - Industrial Div.
STEPHEN WOLINETZ
Treasurer
MAXINE MEARS-CLARKE
Secretary
ELIOT J. CHERSON, ESQ.
Counsel to the Board

**GOVERNORS**

FRANK BARBIERI
SHAUN BELLE
BARBARA ANN BENSON
MICHAEL BERR
PETER BOURBEAU
VINCENT BUCCIERI
JAMES K. COLEMAN
JOSEPH W. COLONEL
RICHARD CONLEY
FLOYD E. COOPER
VASCO DA SILVA
ELLEN FELD, GRI
RICHARD GILIOTTI
RICHARD GOODMAN, CPM
ANITA GUPTA
LEWIS B. KAYE
MARILYN H. KAYE
JOSH KOPPEL
ANTHONY MORMILE
EUGENE REISMAN, ESQ.
HALE RICKMAN, CPM
SHIMON SHKURY
RANDOLPH J. SILVERSTEIN
JAMES SLATTERY
SONNY VATAJ
ARNOLD WALDMAN
EARL H. WASHINGTON
JOSH ZELLNER

**SENIOR COUNCIL**

GEORGE BOOKIS, GRI
MARK F. ENGEL, CPM
SANDRA ERICKSON
JOEL T. FISHMAN
VIRGINIA M. GALLAGHER
PERRY GAULT
SUSAN E. GOLDY, CIPS, GRI
JACQUELINE KYLE KALL
JOSEPH F. LIMONGELLI
MICHAEL SCHMELZER, GRI
WILLIAM SCHUR
ERIC A. STERLING, IFA, ASA, GAA
JOSEPH A. VILLANI

November 22, 2011

Harun Pejcinovic
1703 Fowler Avenue
Bronx, NY 10462

Dear Mr. Pejcinovic:

Congratulations! You have successfully completed the Licensing Course for Salesperson's sponsored by the Bronx-Manhattan North Association of Realtors, Inc.

Enclosed please find the Department of State Real Estate Salesperson Application. You are required to make an online reservation for the exam at www.dos.state.ny.us.

This package includes a Salesperson's Certificate of Completion, compliments of the Bronx-Manhattan North Association of Realtors, Inc.

You should seriously consider joining this prestigious professional trade association officially representing the real estate industry since 1924. A Board Brochure and Membership application is also enclosed.

Sincerely,

Grace Rivera
Education Department

cc: Nunzio Del Greco
     Chief Executive Officer

---

Founded in 1924, BMAR is a Not-for-Profit association officially representing the real estate industry and business community with membership throughout the greater NY region.



REALTOR® - is a registered mark which identifies a professional in real estate who subscribes to a strict Code of Ethics as a member of the National Association of REALTORS and BMAR.

**Bronx-Manhattan *North* Association of Realtors, Inc.**
1867 WILLIAMSBRIDGE ROAD
BRONX, NEW YORK 10461-6298
(718) 892-3000

NAME OF SCHOOL

## CERTIFICATION OF SATISFACTORY COMPLETION

<u>REAL ESTATE SALESPERSON</u> 75 HR. COURSE (CODE # S-193)

This certifies that **<u>Harun Pejcinovic</u>** has satisfactorily completed a course of study in real estate approved by the Secretary of State in accordance with the provisions of Chapter 868 of the Laws of 1977. The attendance of the student was in compliance with the law and a passing grade was achieved upon final examination.

The course was completed on <u>November 22, 2011.</u>



AUTHORIZED SIGNATURE

<u>NUNZIO DEL GRECO</u>
AUTHORIZED NAME



# BRONX-MANHATTAN North Association of REALTORS, Inc.



*This Certifies That*

## Harun Pejcínovíc

has successfully completed a Real Estate Salesperson's Course sponsored by the BRONX-MANHATTAN North Association of REALTORS, Inc.

11/22/2011
_____
Date

_____
Education Coordinator

Ferdana Anna Balic
28-57 46th Street 2nd fl
Astoria, New York 11103

June 20, 2014

The Honorable Judge Townes
Judge, U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Dear Judge Townes,

My name is Ferdana Anna Balic, I am the longtime girlfriend of Harun Pejcinovic. It is
with a heavy heart I write this letter to you. I have been Harun's girlfriend for over 5
years now and have known Harun for over 10 years and he always been a man with high
morals, character, loving, trustworthy as well as helpful to everyone. In the past Harun
has made poor judgments and has taken wrong actions but he has realized and taken full
responsibility for all his wrongdoings and is remorseful for the crime that he has
committed. He has since then made positive changes in his life and has taken a different
approach on life. Harun has become a better son, uncle, friend and citizen.

Harun and I are ready to take the next step in life, which is to get married and start a
family, and I cannot phantom the thought of that not occurring and him not being around
due to the present circumstances and time he may be facing. Once again, he is a changed
man that is remorseful for his actions and is eager to start a family and be a better person.
I am humbly asking you to have mercy in your sentencing. Thank you for your
consideration and understanding.

Respectfully,

Ferdana Anna Balic

# **EXHIBIT C**

LAW OFFICES
OF
JOSEPH M. DEGUARDIA
991 MORRIS PARK AVENUE
BRONX, NEW YORK 10462
———
(718) 823-2000

FACSIMILE: (718) 823-6330
DeGuardiaLaw@verizon.net

JOSEPH M. DEGUARDIA

NEW YORK CITY OFFICE
50 BROADWAY
32ND FLOOR
NEW YORK, NY 10004
———
OF COUNSEL
MITCHELL SCHUSTER
ANTHONY E. CORE

June 10, 2014

Honorable Judge Townes
US District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Harun Pejcinovic

Hon Judge Townes,

Please permit this letter to serve as a reference point with regards to your sentencing of Harun Pejcinovic. I am an attorney, boxing promoter, and former prosecutor. I have known Harun for many years now through my association with a local gymnasium, the Morris Park Boxing Club. The club was established in the mid-1970s and is a highly regarded and one of the longest consistently running boxing gym/program in New York. Although the gym does have recognized professional and amateur boxers, it also serves as a positive and worthwhile community program. In that regard, we have been able to positively influence the youth in the community as well as those that come specifically to this area to work out. In that regard, we have found Harun to be very caring and interested in helping many of the disadvantaged individuals that come to the club.

I am not familiar with any details regarding the charges for which Harun has been convicted. As such, I obviously cannot speak towards that activity. However, I am comfortable nonetheless in providing him with this letter as it relates to the character of the man and his goodhearted nature with regards to people, specifically the youth that he could've simply disregarded. I hope this letter provides some assistance to the Court.

With respect,

Joe DeGuardia

Dear Honarble Townes,

Please allow this letter to serve as a testimonial of Mr. Pejcnovic's character and good nature. Mr. Pejcinovic has an upcoming case in the Eastern District. I have known him for over 15 years. He has always been an active and productive member of his community.

As the proprietor of this Morris Park boxing gym in the Bronx, he often helped underprivileged and struggling families by providing free boxing training for the children of the neighborhood. He's had free barbeques and music festivals at the gym for all the kids. He has always directed them to stay in school and out of trouble. His big heart and generosity of giving his time caught the attention of us all. He is kind, courteous and most of all his presence is a great force in many people's lives.

I ask your Honor to consider all of these fine qualities when he appears in front of your Honor on June 25th.

Thank you.

Sincerely,

( 6·1·14 )

Miquel Cuevas
CEO (Sketch Construction)
Email Address: sketchcontruction@yahoo.com

# Saint Raymond High School for Boys

2151 SAINT RAYMOND AVENUE
BRONX, NY 10462
PHONE (718) 824-5050 • FAX (718) 863-8808
www.straymondhighschool.org

June 16, 2014

Dear Honorable Townes:

Please allow this letter to serve as a letter of recommendation for Mr. Harun Pejcinovic who is a defendant in your courtroom.  Mr. Pejcinovic is well known to me because of his service and good works to our school.  He has given countless hours of service through service in kind to our school.  This donation of his time helped us to put in solar powered lights in our parking lot and a solar power system to help defray the cost of our electric bill each month.  These acts of kindness were of significant benefit to our school community.

On a personal note, Mr. Pejcinovic is a kind and generous person.  His giving spirit to the community and kind personality are commendable and well appreciated.  I vouch for his good character.  I also vouch for his good standing in the community.

Thank you for allowing me to submit this letter and for your time. Please contact me with any questions or comments.

Sincerely,

Br. Daniel Gardner, FSC

Principal

*Accredited by*
*New York State Board of Regents • Middle States Association of Colleges and Schools*
*Recipient of U.S. Department of Education Blue Ribbon Award*



بســـــمﷲالرحمنالرحيـــــم

# Islamic Unity & Cultural Center Plav Gusinje of New York
## Islamska Zajednica & Kulturni Centar Plav-Gusinje New York

April 1, 2014

The Honorable Judge Townes
Judge, U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Dear Judge Townes,

I Kemal Bektesevic, Imam of the Islamic Community & Culutral Center Plav-Gusinje, New York, am writing to you on behalf of member of our community Harun Pejcinovic who is one of your defendants in an upcoming case. I have known Harun for many years now, he has displayed to be a generous, kindhearted and a helpful individual that has been a member of the mosque for over 4 years now. Harun attends all cultural and non-cultural events that take place within the mosque. Harun is always present and provides help with wakes, burials, prayer vigils, organizing religious dinners and prayers, charitable events as well as he practices the religion and attends religious ceremonies and prayers every Friday.

Furthermore, Harun donates to charities for individuals in need and that are less fortunate. Harun is consistent in attending meetings on ways to provide better assistance to families and others who are struggling and are in need of help. Harun attends all mosque gatherings in the holy month of Ramadan and encourages fellow members to perform acts of righteousness and good deeds as well hosts dinners in the mosque during that month.

Although Harun has made mistakes in the past he is a transformed and better individual now. Harun is an upstanding and thoughtful person who has helped and changed the lives of many. I hope that you consider this information in regards to his charges that he is facing and please show leniency in his sentence. Thank you for taking the time out to read and hear my thoughts on Harun.

Respectfully,

Imam of IUCCPG
Kemal Bektesevic

Carmine Palombella

1709 Fowler Avenue

Bronx, N.Y. 10462


March 25, 2014


The Honorable Judge Townes

Judge, U.S. District Court, Eastern District of New York

225 Cadman Plaza East

Brooklyn, N.Y. 11201


Dear Judge Townes,

I Carmine Palombella am writing to you on behalf of Harun Pejcinovic, a defendant in one of your court cases. I am writing this letter to you so that I can express how courteous, kindhearted and what a stand up individual he is. Harun is a longtime friend of my family in which we have lived in the same neighborhood for well over 15 years now. I have watched Harun grow up from a teenager to a very well respected man who has and still continues to be very helpful to me and my family. Harun has helped me many times with house improvements, bad weather conditions in which he would help shovel the snow during the whole winter, family events and most importantly he helped prevent my home from getting burglarized two years ago by chasing away the thieves while me and my family were asleep in which I am ever so thankful that he risked his own life to save others. I can keep going on and on about what considerable actions Harun has done for my family as well as for the neighborhood.

I hope you consider this information in regards to the charges Harun is facing. Whatever his outcome may be please bear in mind that Harun is an upstanding individual of this neighborhood as well as the community and sending him to prison will be harmful to all of us. Thank you for taking the time out to hear my thoughts on Harun and this issue.


Respectfully,

Carmine Palombella

Vincenzo Spena
142 Bretton Rd,
Yonkers, NY 10710

April 20, 2014
The Honorable Judge Townes
Judge, U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Townes,
    I am writing to you on behalf of Harun Pejcinovic, a defendant in one of your upcoming court cases. I am reaching out to you because Harun is a childhood friend of mine. I've always known him to be a kind and loving person. He has always been there in my time of need, always giving me good advice in life. When he found out my late mother Letizia Spena had gotten ill, he went to visit her in ICU everyday. During the time of her passing he gave me and my family full support. To this day we support each other during life's tough challenges. He loves the Bronx; he's a staple to the community. Judge Townes I ask that you take this into consideration. Harun is a great person with a great heart, always willing to help people. Thank you.

                Sincerely yours.



Amelia Lyman
626 Crescent Avenue, Apt. 2
Bronx, NY 10458

March 25, 2014

The Honorable Judge Townes
Judge, U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Townes,

I am writing to you on behalf of Harun Pejcinovic, a defendant in one of your upcoming court cases. I am reaching out to you because Harun has not only been a long-time friend of my family, but he is also an extraordinary man.

Harun and I lived in the same neighborhood for well over thirty years. Even as a teenager, I can recall him being very kind and respectful. Although I know him for more than three decades, one of the most heartfelt things he did for my family occurred within the past few years. Three years ago, my sister-in-law, Alison, was diagnosed with Stage 4 colon cancer. Her parents, from England, were staying their daughter and my brother for a few months during her treatments. Harun was aware of her condition and one summer evening he called me and said, "Come outside, I have to give you something." I did as he requested and standing outside of my home was Harun, with three containers of food in his hand. He brought Alison and her parents homemade lamb, rice , and refreshing watermelon. Little did he know lamb was Alison's favorite food! Unfortunately, my sister-in-law passed away that fall. She never got the opportunity to thank him personally, but I am forever grateful for his sincere act of kindness that put a huge smile on her face.

I hope you  consider this information in regards to the charges Harun is facing. Whatever the outcome of the trial, please be reminded that Harun is an upstanding citizen of this country and sending him to prison will do more harm than good. Thank you for taking the time to hear my thoughts on this matter.

Respectfully,

Amelia Lyman
347.573.7162

413 Centre Street
South Orange, N.J. 07079
June 1, 2014

The Honorable Sandra L. Townes
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Hon. Judge Townes:

    I am writing this character letter on behalf of Harun Pejcinovic. I am a former journalist and law school graduate who is now a self-employed writer, editor and public relations consultant. I have known Mr. Pejcinovic for 20 years. I first met him when my husband utilized his music studio while working with various recording artists. Due to his affable, candid personality, Mr. Pejcinovic became a trusted friend to our family. As my husband used to travel on business many days of the year, I came to rely on Mr. Pejcinovic in case of emergency. He has always been kind and generous whenever my family has needed something, marshaling any and all resources at his disposal. I have also witnessed his generosity extended to others. He never has a problem giving his time and money to assist another person.

    I am not familiar with the details of the charges Mr. Pejcinovic faces. I personally have never heard of him being involved in any illegal activity. Therefore, it came as quite a surprise when he told me that he was facing a conspiracy charge. However, by entering a plea, Mr. Pejcinovic is taking responsibility for his actions. He knows there is a consequence to his behavior. With regard to his sentencing, I simply hope that this letter helps to give you a more complete picture of the real person he has been throughout his life, rather than just the defendant he has recently become. Thank you for your time.

Respectfully submitted,

*Rachelle D. Christie*

Rachelle D. Christie

**Family Fund for Paralyzed
& Disabled Police Officers**

NATIONAL ASSOCIATION
OF CHIEFS OF POLICE

### *If anyone belongs on the 2011 Bronx area Honor Roll,* it's you, Mr. Pejcinovic!

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY  10462-4026

February 22, 2011

Dear Mr. Pejcinovic,

You came to mind immediately when I was asked to recommend nominees for the NACOP Family Fund for Paralyzed & Disabled Police Officers *2011 Bronx Area Honor Roll.*

This exclusive roster of citizens who have helped paralyzed, disabled and injured police officers and their families won't be complete without your name on it.

Your most recent gift to the NACOP Family Fund of $20 is just one example of how much you care about police families shattered by line-of-duty injuries.  Like all the families who have been touched by your kindness, everyone here at the Family Fund is deeply grateful for your support.

That's why I want to make sure you get the recognition you deserve.

**Please take a moment to confirm that we have your name as you would like it listed in our *2011 Bronx Area Honor Roll.*  Then, return your Honor Roll Confirmation by March 30, 2011 along with a contribution of $20, $30, $40 or more to support the Family Fund's work.**

<u>Please don't delay.  March 30, 2011 is the deadline date for finalization of the Family Fund's *2011 Honor Roll.*  It would be a real shame if your name was left off.</u>

Mr. Pejcinovic, good friends like you <u>help make sure paralyzed, disabled and injured police officers do not become forgotten heroes</u>.  Your support also allows us to <u>reassure the spouses and children of permanently disabled officers that they are not alone</u>.

Just knowing that Family Fund supporters like you care means so much to police

(Over, please)

*Please Remember NACOP in Your Will.*

NATIONAL ASSOCIATION OF CHIEFS OF POLICE • 6350 Horizon Drive • Titusville, Florida 32780 • (321) 264-0911 • www.nacoponline.org • policeinfo@aphf.org

families, as they try to pick up the pieces after line-of-duty injuries.  But it's the tangible assistance you make possible that really helps those families put their lives back together:

- **Emergency grant checks** rushed to police families struggling to put food on the table and fearing the loss of their homes as their injured hero's medical bills mount.

- **Educational scholarships** for the daughters and sons of disabled police officers whose college savings had to be used to meet the family's basic needs when disability benefits ran out.

- **Birthday and holiday gifts** for the younger children of paralyzed, disabled and injured police officers – a special way of showing those kids that they haven't been forgotten either.

Every time a police officer is shot, assaulted or otherwise injured while on duty – it happens 161 times a day on average – the number of police families who could use a helping hand from us grows.

So, please be as generous as possible with your next contribution to the Family Fund for Paralyzed & Disabled Police Officers … and please mail it back with your Honor Roll Confirmation form right away so it arrives by March 30th.

But the most important reason I'm asking you to respond quickly is that police officers who put their lives on the line and paid a terrible price need our help now.  So do their families – and none of them should have to wait.

I look forward to including you in our *2011 Honor Roll,* and to putting your gift to work helping police families in need.

Sincerely,

Trooper John Kucan (Ret.)
National Outreach Chairman

P.S.   Every day, in your area and other parts of the country, an average of 161 police officers are assaulted or injured in the line of duty.  If you know of any police families who might need our help, please pass along the enclosed Family Fund contact information.  Thanks for all your help!



# National Association of Chiefs of Police
## FAMILY FUND FOR PARALYZED & DISABLED POLICE OFFICERS

6350 Horizon Dr. • Titusville, FL 32780 • (321) 264-0911 • FAX (321) 264-0033 • policeinfo@aphf.org • www.aphf.org

Mr. Pejcinovic,

I hope this **Police Family News** shows how important your support is to so many paralyzed & disabled officers families. Your donation shows you care deeply about officers disabled or seriously injured in the line of duty and their families.

*Your support means their sacrifice and their families will never be forgotten.*

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

January 2013

Dear Mr. Pejcinovic:

During the past year we have been able to maintain our mission to provide assistance to disabled officers and their families in spite of the challenging economic times. This was ONLY possible because of YOU, our donors. Although the number of officers who are disabled in the line of duty continues to increase as the years go by, we are optimistic that we can count on your continued support in 2013. You are indeed the only reason these programs can exist.

The renewed hope given to these officers is a result of the assistance your support provides. Although they were disabled in the line of duty, a lot of them claim they would do it all over again if given the chance. This is a reflection of their commitment to serve and protect regardless of the cost of life or limb. They are extremely grateful for your support which makes it possible for us to provide programs such as Educational Scholarships, Medical Reimbursement Grants, Summer Camp grants and Christmas and birthday gifts.

As the new year begins, we would like to challenge you to help us uphold our mission once again in 2013. Over the years your generosity to Disabled Police Officers and their families has been very much appreciated. By reading the many letters of gratitude you will see for yourself how much your support means to the officer's and their families. May the Lord bless you and those you love and care about this new year.

Mr. Barry Shepherd
Executive Director



# National Law Enforcement Officers
## M E M O R I A L   F U N D
### RESPECT. HONOR. REMEMBER.

*As someone with a friend or family member in law enforcement, your presence at our Annual Candlelight Vigil on May 13th would mean so much.*

\*\*\*\*\*\*\*\*\*\*\*\*5-DIGIT 10462
Loyal Supporter Since 1998
Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY  10462-4026

Dear Mr. Pejcinovic,

You officially "joined our ranks" as a Memorial supporter in December, 1998!

In recognition of the 13-year milestone you have reached, I have enclosed your official *2011 Certificate of Appreciation* made out to:

**Mr. Harun Pejcinovic for 13 years
of honorable and faithful support.**

Because someone close to you works in law enforcement, your dedication means even more, and your generosity is always noticed and appreciated.  That's why I want to extend my personal thanks to you for your support.  You make it possible for the Memorial to succeed in our important mission.

As I write this letter, expert engravers are adding to the Memorial the names of each hero who fell in 2010.  Each name will be read aloud during the *Roll Call of Honor* at the Vigil.  I hope that you will join us for this moving ceremony, if you can, to truly see your gifts at work.

Mr. Harun Pejcinovic, your financial support of the Memorial helps make this and many other Memorial programs and events possible.  We couldn't do it without you.

**That's why I hope you will add to your distinguished 13-year record
of support by sending a thoughtful gift of $25 or $38 today.**

There's one even more important thing I hope you will do for the families and friends of our fallen heroes …

**Please sign and return the "Heartfelt Message" that's on your reply form
to show how much you appreciate the sacrifice these officers made.**

Your message will line our "Pathways of Remembrance" during the Candlelight

(over, please)

AY
0021841

Vigil, touching the hearts of everyone who attends — especially those who personally knew one of the over 19,000* heroes whose names are forever engraved on the Memorial.

Through their tears, they will see your note of thanks displayed on our marble walls. **They will know in their hearts that their loved one will never be forgotten.**

I encourage you to visit the Memorial in person for our Annual Candlelight Vigil which will be held at 8:00 pm on May 13, 2011 — **we would be honored to have you attend.** Your compassion and generosity mean so much to the grieving family members and friends of the fallen. If you can't pay your respects in person, please visit the Memorial online at www.LawMemorial.org and watch the Vigil via a live webcast.

<u>It's an experience I want everyone to share.</u> You'll find that words don't adequately describe the emotions you feel as you stand shoulder-to-shoulder with people from across the country, listening to the swell of bagpipes play *Amazing Grace* as we pay our final respects to the fallen.

Please know that any donation you send today will be put to prudent use to engrave new names on the Memorial … promote important officer safety programs … continue construction on the first-ever National Law Enforcement Museum … and touch the lives of so many people.

Most importantly, your compassion will make a lasting impression on the families who have made the ultimate sacrifice. The Memorial is eternal proof that their loved ones will never be forgotten.

To learn more about the Candlelight Vigil and other Police Week events, visit us online at www.LawMemorial.org/PoliceWeek. I hope to hear back from you soon!

With deepest gratitude,

*Craig W. Floyd*

Craig W. Floyd
Chairman and CEO

P.S.   Please sign the special "Heartfelt Message" note and return it to me by May 1st so I can place it at the Memorial for our 2011 Candlelight Vigil. That's when thousands of officers and family members of fallen heroes will visit. I hope you will include a donation to help us honor these heroes. Be sure to display your *2011 Certificate of Appreciation* to show your proud support of our work. <u>Thank you.</u>

*\*Donations do not go to local law enforcement agencies, but honor ALL sworn officers across America by supporting the Memorial to their fallen colleagues.*

*\*Final official number of fallen officers will be announced in May 2011.*

LEO-MDA/CF

# National Law Enforcement Officers
## M E M O R I A L   F U N D
### RESPECT. HONOR. REMEMBER.

*As someone with a friend or family member in law enforcement, your presence at our Annual Candlelight Vigil on May 13th would mean so much.*

Loyal Supporter Since 1998
Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

Dear Mr. Pejcinovic,

You officially "joined our ranks" as a Memorial supporter in December, 1998!

In recognition of the 14 year milestone you have reached, I have enclosed your official *2012 Certificate of Appreciation* made out to:

**Mr. Harun Pejcinovic for 14 years
of honorable and faithful support.**

Because someone close to you works in law enforcement, your dedication means even more, and your generosity is always noticed and appreciated. That's why I want to extend my personal thanks to you for your support. You make it possible for the Memorial to succeed in our important mission.

As I write this letter, expert engravers are adding to the Memorial the names of each hero who fell in 2011. Each name will be read aloud during the *Roll Call of Honor* at the Vigil. I hope that you will join us for this moving ceremony, if you can, to truly see your gifts at work.

Mr. Pejcinovic, your financial support of the Memorial helps make this and many other Memorial programs and events possible. We couldn't do it without you.

**That's why I hope you will add to your distinguished 14 year record
of support by sending a thoughtful gift of $25 or $38 today.**

There's one even more important thing I hope you will do for the families and friends of our fallen heroes...

**Please sign and return the "Heartfelt Message" that's on your reply form
to show how much you appreciate the sacrifice these officers made.**

Your message will line our "Pathways of Remembrance" during the Candlelight

*(over, please)*

LEO-ND-FF

Vigil, touching the hearts of everyone who attends — especially those who personally knew one of the over 19,000* heroes whose names are forever engraved on the Memorial.

Through their tears, they will see your note of thanks displayed on our marble walls. **They will know in their hearts that their loved one will never be forgotten.**

I encourage you to visit the Memorial in person for our Annual Candlelight Vigil which will be held on May 13, 2012 — **we would be honored to have you attend.** Your compassion and generosity mean so much to the grieving family members and friends of the fallen. If you can't pay your respects in person, please visit the Memorial online at www.LawMemorial.org and watch the Vigil via a live webcast.

<u>It's an experience I want everyone to share.</u> You'll find that words don't adequately describe the emotions you feel as you stand shoulder-to-shoulder with people from across the country, listening to the swell of bagpipes play *Amazing Grace* as we pay our final respects to the fallen.

Please know that any donation you send today will be put to prudent use to engrave new names on the Memorial… promote important officer safety programs… continue construction on the first-ever National Law Enforcement Museum… and touch the lives of so many people.

Most importantly, your compassion will make a lasting impression on the families who have made the ultimate sacrifice. The Memorial is eternal proof that their loved ones will never be forgotten.

To learn more about the Candlelight Vigil and other Police Week events, visit www.LawMemorial.org/PoliceWeek. I hope to hear back from you soon!

With deepest gratitude,

*Craig W. Floyd*

Craig W. Floyd
Chairman & CEO

P.S.    Please sign the special "Heartfelt Message" note and return it to me by May 1st so I can place it at the Memorial for our 2012 Candlelight Vigil. That's when thousands of officers and family members of fallen heroes will visit. I hope you will include a donation to help us honor these heroes. Be sure to display your *2012 Certificate of Appreciation* to show your proud support of our work. <u>Thank you.</u>

*\*Final official number of fallen officers will be announced in May 2012.*

# National Association of Chiefs of Police

## FAMILY FUND FOR PARALYZED & DISABLED POLICE OFFICERS

6350 Horizon Dr. • Titusville, FL 32780 • (321) 264-0911 • FAX (321) 264-0033 • policeinfo@aphf.org • www.aphf.org

**Mr. Barry Shepherd**
**Executive Director**

Mr. Pejcinovic, I hope the enclosed **Police Memorial Day Special Edition** reveals the courage, bravery and ultimate sacrifice that these heroic men and women bestowed while protecting America.
*Your support means their sacrifice and their families will never be forgotten.*

NLC2Q11
06-1608045

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 104
Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

April, 2011

ar Mr. Pejcinovic:

This 2011 Police Memorial Day Special Edition of the Police Family News is being sent to you because we value your commitment he American law enforcement family.

As you turn through the pages of this special edition, please take the time to read about the 157 police men and women who 'e their lives during 2010. As you can imagine, with that many officer's being killed in the line of duty there are untold numbers t were severely disabled or paralyzed in the line of duty. You should feel proud that you played a part in helping these officers l their families get their lives back on track.

As we approach the summer months our thoughts turn to providing the children of officers severely disabled or paralyzed in line of duty with the opportunity to attend summer camp. It's important for children to have the opportunity to go to camp so t they can continue to grow. All children grow, but when one of their parents is permanently injured it can be so emotionally erwhelming that they can lose their bearings. Summer camp is a great compass to help get them back on the right track! We want e able to continue this program to make sure they all get that chance.

May 15th of each year is Police Memorial Day throughout America. It is a day to remember those officers who have made the imate sacrifice and pay honor to all acting law enforcement officers who lay their life on the line every day to protect and serve r communities. Unfortunately, so far this year, 13 officers have lost their lives in the line of duty, leaving their families behind. cording to the FBI, several thousand officers who are assaulted in the line of duty will suffer injuries this year.

Today, May 15th, and all year long, let's continue to remember to honor all our police heroes and show our support to them and ir families.

My blessings to you and your family,

*Barry Shepherd*

Barry Shepherd
Executive Director

S. Please accept our Special Memorial Day Edition of the Police Family News as our thank you for your continued support for the Family Fund For Paralyzed & Disabled Police Officers. Remember, any gift you send will help bring joy and growth to many boys and girls as they prepare for summer camp.

8182 5282



# National Association of Chiefs of Police
## FAMILY FUND FOR PARALYZED & DISABLED POLICE OFFICERS
6350 Horizon Dr. • Titusville, FL 32780 • (321) 264-0911 • FAX (321) 264-0033 • policeinfo@aphf.org • www.aphf.org

**Mr. Barry Shepherd**
**Executive Director**

Mr. Pejcinovic, I hope the enclosed **Police Memorial Day Special Edition** reveals the courage, bravery and ultimate sacrifice that these heroic men and women bestowed while protecting America.
***Your support means their sacrifice and their families will never be forgotten.***

NLC2Q10
06-1608045

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

April, 2010

Dear Mr. Pejcinovic:

This 2010 Police Memorial Day Special Edition of the Police Family News is being sent to you because we value your continued support of the American police family.

As you turn through the pages of this special edition, you will see the pictures and read about the 110 police men and women who gave their lives during 2009. You will also see what NACOP does all year long to assist those who have been severely disabled or paralyzed in the line of duty and feel proud that you played a part in helping these officers and their families get their lives back on track.

As we approach the summer months our thoughts turn to providing the children of officers severely disabled or paralyzed in the line of duty with the opportunity to attend summer camp. We feel it's important for children to have the opportunity to go to camp so that they can continue to discover their direction of growth. All children grow, but when one of their parents is permanently injured it can be so emotionally overwhelming that they can lose their bearings. Summer camp is a great compass to help get them back on the right track! We want to be able to continue this program to make sure they all get that chance.

May 15th of each year is Police Memorial Day throughout America. It is a day to remember those officers who have made the ultimate sacrifice and pay honor to all acting law enforcement officers who lay their life on the line every day to protect and serve our communities. Unfortunately, so far this year, 16 officers have lost their lives in the line of duty, leaving their families behind. According to the FBI, several thousands of officers who are assaulted in the line of duty will suffer injuries this year.

Today, May 15th, and all year long, let's continue to remember to honor all our police heroes and show our support to them and their families.

My blessings to you and your family,

Barry Shepherd
Executive Director

P.S.   Please accept our Special Memorial Day Edition of the Police Family News as our thank you for your continued support for the Family Fund For Paralyzed & Disabled Police Officers.  Remember, any gift you send will help bring joy and growth to many boys and girls as they prepare for summer camp.

**BRONX Area**
**HONOR ROLL CONFIRMATION FOR:**

# Mr. Harun Pejcinovic



**Family Fund for Paralyzed
& Disabled Police Officers**

NATIONAL ASSOCIATION
OF CHIEFS OF POLICE

---

*I wasn't sure it was possible. But you made it happen, Mr. Pejcinovic!*

---

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

February 22, 2010

Dear Mr. Pejcinovic,

When we set a goal of helping more police families devastated by line-of-duty injuries than ever before, I knew answering even more calls for help would be a challenge.

But thanks to you and other caring supporters of the NACOP Family Fund for Paralyzed & Disabled Police Officers in the Bronx area – and despite tough economic times – we are continuing to increase the number of police families receiving Family Fund assistance.

It's an amazing accomplishment, made possible by your support that has meant the world to paralyzed, disabled and injured police officers and their families.

Your most generous donation of $20 and other contributions you have been kind enough to make not only help keep all Family Fund programs up and running – <u>your support brings great comfort and relief to struggling police families across America.</u>

*That's why I want to make sure you are properly recognized by inclusion in our 2010 Bronx Area Honor Roll.*

This exclusive roster of Americans willing to lend a hand to forgotten law enforcement heroes will be finalized on April 2, 2010 and will be available for you to see when you visit the American Police Hall of Fame and Museum in Titusville, FL. So, it's important for you to return the enclosed Honor Roll Confirmation Form to ensure your name is not left off the list.

When you return the form verifying how you would like your name listed in the 2010 *Bronx Area Honor Roll*, please include a special contribution to help us answer new calls from police families that come in every day.

I hope you will consider increasing your already generous level of support with a gift of $30 or $40 because the number of police families in need of our help is always rising.

(over, please)

With an average of 161 police officers being assaulted or injured in the line of duty every 24 hours, the need for Family Fund programs and services grows greater by the day.

That's why I am so grateful for your steadfast support, and why so many police families are deeply indebted to you for helping them through the toughest and most painful times they will ever face.

Every time you send a donation to the NACOP Family Fund, you reassure those families that they have not been forgotten.  Even more important, you help provide paralyzed, disabled and injured police officers and their families with tangible assistance such as …

- *Emergency grant checks* that police families without any other source of support can use to keep a roof over their heads and put food on the table.

- *Educational scholarships* for the daughters and sons of disabled police officers who can't afford the cost of college education due to crushing medical bills that inevitably follow a line-of-duty injury.

- *Birthday gifts for the younger children* of law enforcement heroes who might otherwise receive no presents on their special day because there's no room in the family's budget for anything except essentials.

I can tell you from personal experience how much it means to know that the Family Fund is there to help when no one else can or will.  When I was shot in the head and left for dead by a drug dealer, it was Family Fund supporters like you who helped me, my wife and our two daughters pick up the pieces of our shattered lives.

You have done the same for many other police families.

While I know a heartfelt "thank you" is all you expect in return for your kindness, I believe you deserve something more:  inclusion in the *Family Fund's 2010 Honor Roll.*

So, please take a moment today to verify how you would like your name to be listed – and confirm that you will continue to be there for police families in desperate need – by returning the enclosed form along with your best possible gift.

I look forward to your reply … and to entering your name in our *2010 Honor Roll.*

Sincerely,

Trooper John Kuean (Ret.)
National Outreach Chairman

P.S.   After April 2, 2010, the *Family Fund 2010 Honor Roll* will be finalized with no more names added.  Please be sure to respond before then to make sure you are not left off. Thank you!



**National Association of Chiefs of Police**
**FAMILY FUND FOR PARALYZED & DISABLED POLICE OFFICERS**
6350 Horizon Dr. • Titusville, FL 32780 • (321) 264-0911 • FAX (321) 264-0033 • policeinfo@aphf.org • www.aphf.org

Mr. Pejcinovic, I hope this **Police Family News** shows how important you are as a donor to so many paralyzed & disabled officers families. Your financial support shows you care deeply about officers disabled or seriously injured in the line of duty and their families. *Your support means their sacrifice and their families will never be forgotten.*

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY  10462-4026

January, 2010

Dear Mr. Pejcinovic:

We want you to know that even through this trying economic year we have been able to uphold our mission to provide assistance to disabled officers and their families. This was possible because of YOU, our steadfast donors. While the number of officers who are disabled in the line of duty continues to increase we are optimistic that we can count on your continued support in 2010.

The renewed hope instilled in these officers as a result of the assistance we provide is uplifting. Although they were disabled on the job, many claim they would do it all over again if given the chance. This is a reflection of their commitment to serve and protect regardless of the cost of life or limb. We want you to know that they are so appreciative of you for caring and making it possible for us to provide programs such as Educational Scholarships, Medical Reimbursement Grants, Summer Camp grants and Christmas and birthday gifts.

Please help us uphold our mission once again in 2010, which will also be the 50th Anniversary of the American Police Hall of Fame. Over the years your generosity to Disabled Police Officers and their families has been appreciated. By reading the many letters of gratitude you will see for yourself how much your support means.

May the Lord bless you and those you love and care about this new year.

Mr. Barry Shepherd
Executive Director

# POLICE ATHLETIC LEAGUE, INC.

34 ½ East 12th Street • New York, NY 10003 • (212) 477-9450
palnyc.org

Robert M. Morgenthau
Chairman

November 2009

## Before kids can go places, they need a place to go.

Dear Friend,

The next time you're on the street and see an NYPD vehicle, look closely at the right rear bumper. You'll discover a colorful rectangular sticker with the above motto scripted between the shields of two venerable institutions—PAL and the NYPD.

It's symbolic of the 95 years PAL and the NYPD have shared a common history and a serious commitment to making life better for children, families and communities.

Can a youth development agency and a law enforcement agency really work together? Yes, and very well, thank you!

Let me show you some of our work in places we've made better together for New York City children....

It started in 1914 when Police Commissioner Arthur Woods organized what became the Police Athletic League on the Lower East Side of New York City. With his city-wide perspective, the Commissioner wanted to help neighborhood kids who typically spent summers unsupervised and getting into trouble.

So his alternative was to close 29 city blocks and turn them into **Play Streets** where kids from underserved communities could go to learn, laugh and have fun in a safe and nurturing environment. To this day, Play Streets are still **a place for kids to go, 95 years later.** In fact, in 2008 there were 108 Play Streets attracting 7,600 kids.

The "Athletic" in PAL reflects NYPD's belief in the value of fitness, exercise and team sports. PAL shares this belief and promotes it with numerous popular recreation programs, including **Cops and Kids—a place for kids to go.**

This year alone, 2,400 youngsters aged 14 to 16 are playing on 156 Cops and Kids baseball, basketball, flag football and volleyball teams staffed by 280 volunteer New York City police officers.

I've learned the game itself is not as important as the skills, confidence, and feelings of success kids acquire by playing—and lots of positive interaction between cops and kids who become teammates and friends.

This year PAL revived **Junior Police Clubs—a place for kids to go that fosters teamwork and leadership.** Police Captain John Sweeney first created this Club in 1914 for kids in his 7th Precinct on the Lower East Side. This year, 300 children were inducted by police officers into Junior Police Clubs at PAL centers.


PRINTED ON
RECYCLED PAPER

*(over, please)*

I've heard these Clubs have lively discussions between cops and kids on how they can work together to benefit all. Sometimes there are really practical lessons from the police officers about subjects like home safety—the importance of smoke detectors, fire extinguishers, carbon monoxide detectors and regularly replacing batteries.

Junior Police Club members take this inspiring oath which was written in 1914 and never altered: *On my honor, I will obey the law and be a good citizen—help others and be a loyal friend—practice good sportsmanship—tell the truth and do the right thing—be courageous in the face of adversity—and strive to be a great leader of tomorrow.*

Our kids mimic these words the more they repeat the oath. I have no doubt **kids are going places with care and encouragement from PAL and the NYPD.**

Last year PAL served 57,000 children in all five boroughs with a full plate of after-school and summer education, recreation and arts programs. PAL gives each child the opportunity to acquire the skills, confidence and experiences necessary for productive and fulfilling lives.

We need your generosity to fund our life-changing programs in our city's toughest neighborhoods. We need your support so our partnership with the NYPD becomes even more beneficial for our kids, families and communities. We need your help so our kids grow up in safe and secure facilities—**a place to go so they can go places with hopes and dreams in their hearts.**

My good friend, Police Commissioner Ray Kelly, likes to say he's "proud to be part of an organization that does so much to enrich the lives of our City's young people." I'm hoping you share his conviction and give what you can afford—$20, $100 or more. All of us, especially kids who need places to go, will be grateful for your generosity.

Sincerely,

Robert M. Morgenthau
Chairman

P.S. While PAL is the official youth organization of the New York Police Department, it receives no direct funding from the Department.



# National Association of Chiefs of Police



REPLY: RECORDS CENTER
6350 HORIZON DR. • TITUSVILLE, FL 32780
(321) 264-0911 • FAX: (321) 264-0033
www.aphf.org • policeinfo@aphf.org



Visit the Nations First Police Memorial and Museum

***************AUTO**MIXED AADC 328     May 14, 2010

Mr. Harun Pejcinovic     # 35
1703 Fowler Ave
Bronx, NY 10462-4026

Dear Mr. Pejcinovic:

Your generous donation of $20.00 to assist the injured and disabled officers and their families is **very much appreciated**! In fact, that's the reason we took the time to write you this letter. It seems that the simple act of saying **thank you** just doesn't get said very often these days and people in general just aren't as thankful as they used to be. We never want to take any gift for granted and we want to make sure you realize that you are **truly appreciated!**

We speak to many severely injured officers throughout our work week and we hear the same things over and over. They always speak about how little or no assistance monies come from their departments or the federal government and how important the NACOP Family Fund programs are to them. Their praise speaks volumes about generous and caring supporters like you, Mr. Pejcinovic, and we want to pass that praise along to you!

If you just flip this letter over you will read **thank you** notes from severely injured officers & children that you have helped to provide for. These are just a very small few of the hundreds of kids and the hundreds of officers and families that are helped each year **thanks to you** and your support of NACOP's Family Fund. **You do make a difference!**

This time of the year is when we receive a tremendous amount of requests for financial aid from the sons and daughters of these brave injured heroes as they are seeking additional school monies or lining up a camp. Their moms or dads are in need of medical assistance or depressed and could use some much needed encouragement. If you are in a position to provide an additional gift of support at this time it would be greatly appreciated and put to good use right away.

Once again we want to make sure you know how important you are to the success of these important programs and take a minute to give a genuine and sincere **Thank You!**

Sincerely,

Barry Shepherd
Executive Director          NACOP is a 501(C)(3) non-profit organization & your donations are tax deductible.

✂ *Please cut on this line and return the form in the enclosed envelope. Make checks payable to: NACOP*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

06-1608045    **NACOP    TYS 2010**

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

Payment method: Check/Cash/M.O. ☐ Enclosed – or –

Please charge my ☐ VISA ☐ MasterCard

☐☐☐☐-☐☐☐☐-☐☐☐☐-☐☐☐☐

Expiration Date ☐☐-☐☐ Amount $ _____
Signature _____

( ) Yes Barry, I would like to make an additional donation to this very worthwhile program for the families of severely disabled officers.
Enclosed is my donation of:  [ ] $20  [ ] $30  [ ] $35  [ ] other _____
(Please make checks payable to **NACOP**.          *Thank you…*

# National Association of Chiefs of Police



REPLY: RECORDS CENTER
6350 HORIZON DR. • TITUSVILLE, FL 32780
(321) 264-0911 • FAX: (321) 264-0033
www.aphf.org • policeinfo@aphf.org



Visit the Nations First Police Memorial and Museum

\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*MIXED AADC 320          March 28, 2011
Mr. Harun Pejcinovic          # 68
1703 Fowler Ave
Bronx, NY 10462-4026

Dear Mr. Pejcinovic:

We are very happy to receive your gift of $30.00 and are able to put it to good use right away. Thanks to you we can help hundreds of disabled officers to be able to pay for necessary medications and help with other precious family needs.

As you know many disabled or paralyzed officers often have nowhere to turn in times of need especially later on down the road a year or even several years after their life threatening injury. But thanks to NACOP and caring generous helpers like you they can better take care of themselves and their loved ones around them, even though they are no longer the bread winner they once were.

If you turn over this letter you will find some kind words from just a few of the many who have been helped by gifts such as yours. Should you be in a position to help out again at this time it would truly be appreciated as we never want to turn down a needy officer or their spouse, son or daughter...not even one!

Thanks again for your gift of $30.00 and for helping to maintain this important program. As always we wish you the very best!

Sincerely,

Barry Shepherd
Executive Director

"Please remember NACOP in your will"
*"Please remember NACOP in your will"*

 **National Law Enforcement Officers**
MEMORIAL FUND

*Thank you, again, for the $20 gift you sent in September, 2009.*

Loyal Supporter Since 1998

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

00005550   000054

00211643

*Can we count on you to help again now? Please help make our Calendar Fund Drive a big success.*

Dear Mr. Pejcinovic,

Your personal copy of our 2010 Memorial Calendar — all about *HONOR* — is enclosed. **It's our special gift to you.**

I've sent it to you because it is a moving tribute to the courageous men and women of law enforcement who serve and protect us. It also highlights the vital programs your compassion and generosity make possible.

Far too often, police officers are taken for granted until their help is urgently needed. We count on officers to keep us safe around the clock, including those who serve you in Bronx and across New York.

**These dedicated officers are truly America's unsung heroes.** They willingly risk their lives to protect ours every single day of the year.

As you turn each page in your calendar, you will discover stories of officers who deserve our deepest gratitude. You'll meet Fallen Heroes who were killed in the line of duty ... and Living Legends who are serving today. **Their true stories are powerful reminders of the debt we owe to each of these humble everyday heroes.**

That's why I hope you will display your calendar with pride. By doing so, you show that you honor and respect all of our nation's brave officers — past and present.

Please let me know your new calendar arrived safely. Simply return the reply form attached below in the envelope provided. When you do, I hope you will include a donation of $20, $30 or more if you can, to honor these deserving heroes.

You're not obligated to send a gift, but I want you to know that your generosity truly

(over, please)

400 7th Street, NW • Suite 300 • Washington, DC 20004 • www.LawMemorial.org

touches the lives of the surviving family members, friends and comrades of the officers we've lost.

You can see the powerful impact of your support when you visit the Memorial. I invite you to visit either in person or online at **www.LawMemorial.org**. When you browse through our Guestbook and read the moving tributes to officers, you will truly know that your support makes a difference to so many people.

You will find every visit you make to the Memorial inspirational. Please visit often. It is, indeed, a wonderful way to show your respect for the service and sacrifice of all of our nation's peace officers.

Last month, during our annual Wreathlaying ceremony, we paid solemn tribute to all 18,661 of our nation's courageous fallen heroes whose names are now forever engraved on this proud monument. The Memorial is truly an <u>everlasting tribute to their selfless sacrifices,</u> one that would not be possible without your support. Thank you!

The Memorial operates the same way it was built — with no government or tax-funded support. We also charge no admission. Everything we accomplish is thanks to the generosity of patriotic Americans like you.

<u>Your support is a message of hope and healing for the families and friends of fallen officers</u>. Your actions show them that their loved ones did not die in vain ... that our country still honors sworn officers as the heroes they are.

Your support also brings us closer to making the National Law Enforcement Museum a reality. Located just steps from the Memorial, the new Museum will be a place where all Americans can honor, remember and learn about the hardworking peace officers who keep us safe.

Sadly, our work will not be complete until we reach the day when we never need to engrave another officer's name on the Memorial.

**With your unwavering support, our everyday heroes will never be forgotten!**

Sincerely,

Craig W. Floyd

Craig W. Floyd
Chairman

P.S. Please detach and return the reply form today so I know your 2010 Memorial Calendar arrived. Even though you're not obligated, I hope you will include a heartfelt gift to honor the officers and their families who sacrifice so much for us. Remember to visit the Memorial to see your gifts at work. Thank you so much for your honor, compassion and support.

*\* Donations honor ALL sworn officers across America by supporting the Memorial to their fallen comrades.*
*They do not go to local law enforcement agencies.*

LEO-KM/CF

# National Law Enforcement Officers
## MEMORIAL FUND

*Did you receive your 2010 Memorial Supporter card?*



Dear Mr. Pejcinovic,

Your personal 2010 Memorial Supporter Card should have recently arrived at your Bronx home. I want to make sure your card made it safely into your hands.

If your card didn't arrive, I want to send you a replacement card right away. So please do me a quick favor if you haven't already. Kindly return your 2010 Supporter Confirmation Form, so I know you received your new card.

Mr. Pejcinovic, your new Supporter Card formally recognizes you for your loyal support of the Memorial since 1998.

Thank you for everything you do to honor America's law enforcement heroes. I hope you will carry your card with pride throughout the year. It exemplifies your support of officers and their families, and the tremendous personal sacrifices they make.

*"... the grave only acknowledges the death. And if all we ever do is go to the grave, all we will ever walk away with is a broken heart. But here [at the Memorial] is where their service is remembered. Here is where their sacrifice is honored ..."*

— Vivian Cross, Survivor

**Your help provides great comfort in the face of tragic loss.** Thanks to your generosity, the Memorial currently displays the proudly engraved names of 18,661 heroic officers who died in the line of duty. It means the world to their families and friends to know that their loved one's sacrifice will never be forgotten.

Your support of our vital officer safety programs continues to help save lives and reduce the number of officer deaths. When 2009 data is available, line-of-duty deaths could reach a five decade low.

**You can see clearly how your generosity touches so many lives.**

Your 2010 Supporter card officially identifies you as a caring friend to all

(over, please)

---

400 7th Street, NW · Suite 300 · Washington, DC 20004 · www.LawMemorial.org

law enforcement officers.  Your card also entitles you to a <u>10% Supporters-only discount</u> in the Memorial's Visitor Center gift shop in Washington, DC. Your discount can also be used when you shop in our online gift store at **www.LawMemorial.org/GiftShop** or by phone, toll-free at 1-888-569-4928.

I invite you to visit the Memorial as often as you can.  Whether you visit in person or online at **www.LawMemorial.org**, your visit means a great deal to grieving survivors, friends and comrades of the fallen and to every officer serving today.

**Please show your loyal support by sending a generous donation today.** <u>Your gift is the ultimate way to thank all dedicated officers for their service.</u>

In just a few weeks, we will begin engraving the latest names of fallen officers — more than 300* more heroic men and women who died in the line of duty.

**At a cost of $250 to engrave each new name, that's more than $75,000.**

It may sound like a lot, but I'm sure you agree it is a very small price to pay for the enormous sacrifices these true American heroes made for us.

So please return your 2010 Supporter Confirmation Form in the envelope provided, and include the most generous contribution you possibly can.

Your gift helps us engrave the names of fallen heroes, brings comfort to their family and friends, and helps maintain the Memorial year-round.  It will also help build the first-ever National Law Enforcement Museum, a long overdue tribute to this proud profession.

Thank you in advance for your timely reply and your heartfelt compassion.  Best wishes for a safe, happy and healthy 2010!

Sincerely,

*Craig W. Floyd*

Craig W. Floyd
Chairman

P.S.  Please let me know that your new 2010 Memorial Supporter Card arrived by returning your Confirmation Form today.  When you do, I hope you will include a special New Year's gift to honor all of America's law enforcement heroes.  Thank you!

*Donations do not go to local law enforcement agencies, but honor ALL sworn officers across America by supporting the Memorial to their fallen comrades.*

*\*Preliminary death toll only; final official death toll to be announced May 2010.*

LEO-LB/L

**National Law Enforcement Officers**
MEMORIAL FUND

*This distinctive pin is only being presented
to a select few Memorial supporters.
You have been specially chosen!*

Dear Mr. Pejcinovic,

Your official 2010 Memorial Lapel Pin is enclosed. **You have earned the right to wear this "badge of honor" with pride!**

I wish I could meet you in person and present you with your distinctive, new 2010 pin. It would be my honor to pin it on you and personally thank you for helping us honor our nation's law enforcement heroes.

Let this gift be a symbolic reminder of America's brave officers who pin their own badges on their uniforms each time they report for duty. Every officer is a hero, sworn to serve and protect you and your family 24 hours a day — every day.

But your pin has an even greater distinction. It is an invitation for you, a loyal and valued Memorial Supporter, to become a *Founding Member* of the first-ever National Law Enforcement Museum — an opportunity we extend to a limited number of exceptional friends.

*Museum Founding Member* status is only granted to supporters, like you, who go above and beyond the call of duty to help us reach vital goals like telling the inspiring stories of fallen officers in the new Museum's Hall of Remembrance. **That's why I'm hoping you'll act today.**

With a donation of $25 or more, you will be listed in the official *Museum Registry of Founding Members* — recognized for all time for your leadership role in building this historic, state-of-the-art facility.

The Memorial's marble walls will forever symbolize the "end of watch" for each of the 18,661 fallen officers whose names are engraved on them. But the Museum will tell the full story of this proud profession — honoring all those who serve — yesterday, today and tomorrow.

So please send your qualifying gift today and then wear your Founding Member Memorial Supporter Lapel Pin proudly. Wearing your pin will

(over, please)

400 7th Street, NW    Suite 300    Washington, DC 20004    www.LawMemorial.org

remind others of the service and sacrifices made by our everyday heroes.

If you wear it when you visit the Memorial, we will be able to <u>recognize and welcome you as the extraordinary friend you are</u>.

But today, please let me know your received <u>your distinctive gift</u> — a true <u>symbol of our esteem and gratitude</u> — by returning the enclosed Supporter Reply Form right away. And when you do, please include the most generous donation you can manage.

You know that any gift you send will be used with care, to engrave new officer's names on the Memorial — **350 again this year** — and maintain this reverent monument year round. Your support also helps us identify and honor officers killed long ago, achieve our goal of building the new Museum, and work to prevent future line-of-duty deaths.

Thanks to your generosity, our important officer safety programs are making a difference. Officer deaths were down 27 percent from 2007 to 2008 and when final data is available, 2009 line-of-duty deaths could hit a 50-year low.

A recent Memorial visitor penned this moving sentiment in our official Guest Book:

> **"If <u>we</u> neglect to remember, then who among us will keep the memory of the fallen alive?"**

The continued support of caring Americans like you ensures that our fallen heroes — as well as the courageous men and women who serve us today and in the future — <u>will always be remembered</u>.

Thank you for honoring all of America's law enforcement officers.

Sincerely,

*Craig W. Floyd*

Craig W. Floyd
Chairman

P.S.  We can never repay America's law enforcement heroes for their service and sacrifices. But we can show them our respect and honor. <u>Please wear your 2010 Founding Member Lapel Pin proudly</u>. When you send a gift of $25 or more today, your name will be listed forever in the Museum Registry. Thank you for your continued support.

LEO-LCF/CF



# National Law Enforcement Officers
## MEMORIAL FUND

***Thank you again for your last generous gift of $20 in
September, 2009.  I hope I can count on your help with
this year's Bronx\* Calendar Campaign!***

Dear Mr. Pejcinovic,

Our annual Memorial Fund Calendar Campaign is officially under way.

You have been a loyal and valued supporter of the Memorial to fallen peace
officers since 1998.  That's why I made sure a copy of our new 2010 wall calendar
has been reserved in your name.

Please watch your mailbox in the coming weeks for the arrival
of <u>your personal copy</u> of this stunning tribute.

Mr. Pejcinovic, the success of our Calendar Campaign is essential.  It will
ensure that we finish this year on solid financial footing and get each of our programs
off to a strong start in the coming year.

I hope you will consider making a similar gift of $20.  If there is any way you
can increase your giving just a bit, it would help so much.  I'd be very grateful.  <u>Your
generosity touches the lives of so many</u> law enforcement families who have sacrificed
so much.

Your *2010 Honor Calendar* features 24 true, inspiring stories of dedicated
officers.  Twelve of the officers are Fallen Heroes — who made the ultimate sacrifice
in the line of duty.  The other 12 are Living Legends who still proudly serve their
communities today.

These true accounts of courage and sacrifice bear testimony to how much we
owe all of our nation's heroes in the war on crime and terror.

To ensure that you receive your calendar, please verify your address on the
attached Annual Bronx\* Calendar Campaign reply form and mail it back to me in the
pre-addressed envelope I've enclosed.

When you do, I hope you are able to include a generous gift of
$20 or more.  Thank you so much, in advance.

Another wonderful way for you to honor the brave men and women who

(over, please)

400 7th Street, NW · Suite 300 · Washington, DC 20004 · www.LawMemorial.org

serve and protect our families and us is to take part in our Memorial Visitation Program.

You're invited to visit us online <u>anytime</u> at **www.LawMemorial.org**.  The Memorial itself is open for visitors 365 days a year in Washington, DC.  Your generosity means <u>we never have and never will charge admission</u>.

Your support also helps us engrave the names of newly fallen officers on the Memorial's marble walls every year.  They deserve to be remembered forever alongside their 18,661 fellow officers whose names are already permanently displayed on the Memorial.

The complete and heroic stories of each of these officers will be told in the *Hall of Remembrance* in the first-ever National Law Enforcement Museum on which we plan to break ground next year.

You also help fund our vital safety programs to help protect today's officers and prevent future tragedies, as well as our ongoing research to discover fallen officers who have been "forgotten" by history.

<u>Your support is so important to us</u>.  We rely <u>entirely</u> on generous friends like you — not government funding — to operate the Memorial.

I hope you will send a gift of honor, respect and support today.  Remember to watch your mailbox for your *2010 Honor Calendar*.

With deepest gratitude,

Craig W. Floyd
Chairman

P.S.    Please return your Annual Calendar Campaign reply form.  It's attached below.  That way I'll know I'm sending your new calendar to your verified address.  Thank you in advance for any gift of support you can send, too.  Your generosity is always noticed and appreciated.

*\*Donations honor ALL sworn officers across America by supporting the Memorial to their fallen comrades.  They do not go to local law enforcement agencies.*

LEO-KL/CF



**National Law Enforcement Officers**
M E M O R I A L   F U N D
RESPECT. HONOR. REMEMBER.

**Honorary Chairman**
Clint Eastwood

**Officers**
Craig W. Floyd
 *Chairman & CEO*
Robert H. Frank
 *Frank & Company, p.c.*
 *Treasurer*
Suzanne Sawyer
 *Secretary*
Howard Silver
 *Hogan Lovells*
 *Counsel*
U.S. Rep. Mario Biaggi (Ret.)
 *Founder*

**Board Member Organizations**
Concerns of Police Survivors
DuPont
Federal Law Enforcement
 Officers Association
Fraternal Order of Police
Fraternal Order of Police
 Auxiliary
International Association of
 Chiefs of Police
International Brotherhood of
 Police Officers
International Union of Police
 Associations/AFL-CIO
Motorola Solutions
National Association of Police
 Organizations
National Black Police
 Association
National Organization of Black
 Law Enforcement Executives
National Sheriffs' Association
National Troopers Coalition
Police Executive Research
 Forum
Police Foundation
Police Unity Tour
Target
United Federation of Police
 Officers

*Help us start 2013 in a position of strength. We're counting on friends and family of law enforcement to show your support. Thank you in advance!*

Dear Mr. Pejcinovic,

 Your new 2013 Memorial Supporter Card is enclosed in anticipation of your renewed support of America's law enforcement officers.

 Only a select few donors are issued this official card, so please carry it with pride!

 **Our records show that Card No. 0015381437 was issued to you, Mr. Harun Pejcinovic, a valued Memorial Supporter since 1998.**

 Please let me know your card arrived safely at your Bronx* home by returning your Supporter Confirmation Reply Form in the envelope provided.  If your card is damaged or incorrect, I'll have our files corrected and a new card returned to you.

 Mr. Pejcinovic, your new card is proof of your loyal and much-valued support of the Memorial and I do hope that you will renew your commitment for 2013 by sending a gift of $25 or even more, if you are able.  **Here are some notable successes you helped make possible:**

 • The Memorial now permanently displays the engraved names of 19,660 fallen heroes, including 362 officers added in 2012.  *(You bring comfort to their families by ensuring that their loved one's sacrifice is never forgotten.)*

 • We started construction on the long-awaited National Law Enforcement Museum that will tell the story of American law enforcement to visitors from all walks of life.  *(Your support is allowing us to usher in a whole new era of honoring law enforcement in our nation.)*

*(over, please)*

901 E STREET, NW • SUITE 100 • WASHINGTON, DC 20004 • WWW.LAWMEMORIAL.ORG

LEO-PA-7
41919LT1-A

- We welcomed more than 20,000 visitors for National Police Week 2012 and held our 24th Annual Candlelight Vigil <u>to honor the fallen and their families</u>. *(By supporting the Memorial, you help us engrave new names and support our many vital programs.)*

**Your 2013 Supporter Card is a proud reminder of the positive impact you have on so many lives because you honor and support our law enforcement heroes.**

Your new card also entitles you to a <u>10% discount</u> at our Visitors Center gift shop when you visit in person … order by phone at 1-866-569-4928 … or shop online at **www.LawMemorial.org/ GiftShop**. And, of course, your card grants you access to all other Supporter-only specials we offer throughout the year.

I invite you to visit the Memorial as often as you can and encourage others to visit, too. By visiting the Memorial — whether in person or online at **www.LawMemorial.org** — <u>you send a resounding message of support</u> to dedicated peace officers everywhere, and especially to the families and friends of fallen officers.

**Did you know that an officer is killed in the line of duty every 53 hours?**

<u>Another family is torn apart</u> — <u>nearly every other day</u> — because their loved one vowed to serve and protect us!

Sadly, in 2013, we know we'll have to add the names of more than 300 fallen officers to the Memorial. At a cost of $250 per name, that's more than $75,000!

**I'm sure you agree, it's a small price to pay compared to the price already paid by these officers … and their families.**

Won't you <u>please send a generous donation today</u>? Your gift will help us engrave new names on the Memorial's marble walls, continue the exciting construction of the National Law Enforcement Museum, and support our many vital officer safety programs.

<u>Generous friends like you make our work possible</u>. **That's why you should carry your 2013 Supporter Card with even more pride.** The Memorial is a beautiful tribute to America's law enforcement heroes — because of you!

Thank you for your commitment.

Sincerely,

*Craig W. Floyd*

Craig W. Floyd
Chairman & CEO

P.S. Please let me know your 2013 Supporter Card arrived safely by returning your Supporter Confirmation Reply Form. When you do, I hope you will include a generous donation to honor our fallen heroes and show your respect for officers serving us today. <u>Thank you so much</u>!

---

*\* Donations honor ALL sworn officers across America by supporting the Memorial to their fallen colleagues. They do not go to local law enforcement agencies.*

# National Law Enforcement Officers
## MEMORIAL FUND

Loyal Supporter Since 1998
Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

00000341   000059

00011973

*Please join us May 13th for our Annual Candlelight Vigil!*

Dear Mr. Pejcinovic,

You have been a loyal supporter of the Memorial for 12 years now!  Your commitment to our mission is why I hope you will accept my invitation to become a Founding Member of the first-ever National Law Enforcement Museum.

Your enclosed 2010 Certificate of Appreciation – Museum Founding Member reflects our gratitude for the honor you show all officers.  It has been made out to:

Mr. Harun Pejcinovic of Bronx, New York,
for 12 years of honorable and highly valued support.

Your generosity is always noticed and appreciated.  It is never taken for granted.  We know that <u>our important work simply could not be carried out without your help</u>!

As part of that work, we are in the midst of an historic undertaking to create a National Museum dedicated to the brave men and women of American law enforcement.  It will honor all members of this proud profession — past, present and future.

<u>Mr. Pejcinovic, can I count on you to play a history-making role in making this long overdue tribute to these deserving heroes a reality</u>?

You will be a part of creating a world-class hands-on Museum that will teach and enlighten tens of thousands of people, especially school children, each year.

Please add to your 12-year record of dedicated support by becoming a Museum Founding Member with a qualifying gift of $25 or more today.

<u>Your generosity will earn you permanent recognition</u> in the Museum's Registry of Founding Members.  The Pejcinovic Family will be on display in the Museum Registry for your friends and family members to see — <u>forever</u>!

Please be sure to display your 2010 Certificate of Appreciation with pride, knowing there is no finer way to pay tribute to our everyday law enforcement heroes — who sacrifice so

(over, please)

much for us — than to support the Memorial and Museum that honors them.

Your compassion and generosity mean so much to the grieving family members and friends of the fallen. The powerful impact of your support is most visible during our Annual Candlelight Vigil, which will be held at 8:00pm on May 13, 2010.

The names of almost 19,000* heroes will be forever engraved on the Memorial and will be illuminated only by the light of candles held aloft by loved ones. <u>It's an experience I wish everyone could share.</u> **We'd be honored to have you attend.**

You'll find that words won't adequately describe the emotions you feel as you stand shoulder-to-shoulder with people from across the country, listening to the swell of bagpipes play *Amazing Grace* as we pay our final respects to the fallen.

Please know that any donation you send will be put to prudent use to engrave new names on the Memorial ... promote important officers safety programs ... support the first-ever National Law Enforcement Museum ... and touch the lives of so many people.

Most importantly, your compassion will make a lasting impression in the lives of families who have made the ultimate sacrifice. The Memorial and the Museum will stand forever as eternal proof that their **loved one will never be forgotten.**

To learn more about the Vigil and other Police Week events, visit our Web site at **www.LawMemorial.org**. I hope to hear back from you soon!

With deepest gratitude,

*Craig W. Floyd*

Craig W. Floyd
Chairman

P.S. Thousands of officers and family members of fallen heroes will visit the Memorial for the 22nd Candlelight Vigil in just a few weeks. Even if you are unable to attend, I hope you will send a gift to honor the sacrifices of these brave men and women. Be sure to display your *2010 Certificate of Appreciation* with pride. Thank you.

## You Honor America's Law Enforcement Heroes When You:

★ Display your *2010 Certificate of Appreciation* to show your support of the Memorial.
★ Visit the National Memorial to fallen officers in Washington, DC, and tell others.
★ Visit our Web site at ***www.LawMemorial.org*** *(You can leave a tribute when you do!)*

*\*Final official number of fallen officers will be announced in May 2010.*

LEO-LDH/CF



From
Police Commissioner
Raymond Kelly

Dear Friend,

Thank you for this opportunity to introduce you to the Police Athletic League. As Honorary President of PAL, I am proud to be part of an organization that does so much to enrich the lives of our City's young people.

For more than nine decades, PAL has been one of the Police Department's most valuable allies—a partner in our efforts to reach out to the diverse communities we serve. The PAL I know so well inspires, supports and cares for kids—helping them acquire the skills, confidence and experiences they need to live productive and fulfilling lives.

Through youth centers, mobile teen centers, play streets, summer day camps and sports teams like Cops and Kids, PAL facilitates positive interactions between police officers and some 57,000 children and teenagers each year. The results can be seen in safer streets, safer schools and improved community relations.

With a million children living in this City, there is no organization more essential to the well-being of New York and to our future than the Police Athletic League.

Sincerely,

Raymond W. Kelly

Raymond W. Kelly
Police Commissioner



## *Det. Ken Driscoll (Ret.)*

Dear Friend,

I'm not much of a writer, but I'm taking a shot at it today because I want you to know how much your support of the *NACOP Family Fund for Paralyzed & Disabled Police Officers* has meant to my family and me.

You see, all I ever wanted to be was a police officer. Until my law enforcement career came to a sudden and painful end when I broke my back in a fall while chasing a carjacking suspect, I got to live that dream.

But what came next was a nightmare … until *Family Fund* supporters like you let me and my wife, two sons and two daughters know that we had not been forgotten.

Most people forgot about us. You might find that hard to believe, but it's true. I have spoken to far too many other police officers injured in the line of duty who have been treated the same way. But knowing my fellow former brothers and sisters in blue are experiencing the pain of being forgotten doesn't make it any easier to take.

What has made things easier for my family is the help we've received from the *Family Fund!*

From birthday and Christmas gifts that put smiles on my kids' faces to knowing they are eligible for *Family Fund* educational scholarships, you have lifted a huge burden from my shoulders and reassured us all that someone somewhere appreciates the sacrifices we have made.

I understand that you are one of the *Family Fund's* most dedicated and reliable supporters. For that, and especially for all the ways you've helped my family, you have my deepest thanks.

I hope this quick note will give you some idea of the difference you're making for so many struggling police families … and I encourage you to continue your support of the *NACOP Family Fund.*

Thanks again,

Ken Driscoll (Det. Ret.)
Baltimore City Police Department



2006 Law Enforcement Hero Award

Awarded to

**Mr. Harun Pejcinovic**

Your support for America's sworn law enforcement professionals helps them carry out their duty to serve and protect.

Your generosity helps the men and women who defend our lives and property from harm every day.

On behalf of all of the 238,000 sworn law enforcement officers NAPO represents, thank you for being our hero.

Bill Johnson
Executive Director

Given under my hand this
27th day of June, 2006

National Law Enforcement Officers Memorial Fund

# 1999 Certificate of Appreciation

*The Board of Directors hereby recognizes*

## MR. HARUN PEJCINOVIC

of

### Bronx, New York

*as a true friend of America's law enforcement community for honoring sworn officers slain in the line of duty by supporting their Memorial in Washington, D.C.*

Craig W. Floyd
Craig W. Floyd, Chairman

April 5, 1999
Date

*"It is not how these officers died that made them heroes - it is how they lived."*

027632

# Certificate of Appreciation

**2010**

The Board of Directors of the National Law Enforcement
Officers' Memorial Fund hereby recognizes and honors:

**Mr. Harun Pejicinovic**
*of Bronx, New York*
*for 12 years of*
honorable and highly valued support.

In grateful acknowledgment of
America's dedicated law enforcement officers, and
those who have made the ultimate sacrifice. Thank you for your generous
support of the Memorial Fund.

_Craig W. Floyd_
Craig W. Floyd, Chairman

_March 16, 2010_
Date

**"It is not how these officers died that made them heroes, it is how they lived."**

The National Law Enforcement Officers Memorial, which honors all fallen officers, was built and operates entirely through private donations
from generous Americans. When the first-ever National Law Enforcement Museum opens its doors in 2013, it will pay tribute to all
members of this proud profession — past, present and future.

00011973

2011

# Certificate of Appreciation

The Board of Directors of the National Law Enforcement Officers' Memorial Fund hereby recognizes and honors:

## Mr. Harun Pejcinovic

### for 13 years of honorable and faithful support.

In grateful acknowledgement of the honor and respect you show to all of America's dedicated law enforcement heroes and their families — especially those who have made the ultimate sacrifice. Thank you for your generous support of the Memorial Fund.

Craig W. Floyd, Chairman

*"It is not how these officers died that made them heroes, it is how they lived."*

March 11, 2011

Date

The National Law Enforcement Officers Memorial, which honors all fallen officers, was built and operates entirely through private donations from generous Americans. In addition, construction of the National Law Enforcement Museum is underway to pay tribute to all members of this proud profession — past, present and future.

M1JR31A545BY

0021841

LEO-MDA-CT

# Certificate of Appreciation

### 2012

The Board of Directors of the National Law Enforcement
Officers Memorial Fund hereby recognizes and honors

## Mr. Harun Pejcinovic

for 14 years of
**honorable and faithful support.**

In grateful acknowledgement of the honor and respect you show to all of
America's dedicated law enforcement heroes and their families — especially those
who have made the ultimate sacrifice. Thank you for your generous support
of the Memorial Fund.

_Craig W. Floyd_
Craig W. Floyd, Chairman & CEO

_March 12, 2012_
Date

**"It is not how these officers died that made them heroes, it is how they lived."**

The National Law Enforcement Officers Memorial, which honors all fallen officers, was built without taxpayer or government support,
and no admission is charged. In addition, construction of the National Law Enforcement Museum is underway to pay tribute to all
members of this proud profession — past, present and future.

001581437   M28231845872



# NATIONAL ASSOCIATION OF CHIEFS OF POLICE
### Family Fund for Paralyzed & Disabled Police Officers
*Helping Officers & Families After a Line-of-Duty Injury*



Touching
Hearts
& Lives

***************AUTO**MIXED AADC 320                    April 4, 2014
Mr. Harun Pejcinovic        # 95
1703 Fowler Ave
Bronx, NY 10462-4026
ılı·ılıllıⅠ⸱·⸱⸱·ⅠılⅠ·ⅠⅠılılllⅠⅠılⅠlⅠⅠⅠⅠⅠllⅠ

Dear Mr. Pejcinovic:

We are very thankful for your gift of $45.00, it is truly appreciated.  We are also grateful that you chose to touch the hearts and lives of police families struck by line of duty injuries.

When you turn this letter over you will read a note of appreciation and see the smiling face of just one of the hundreds of families who are supported by your help. Each week many of them write or call us just to say *"Thank you"*…and we're passing that message directly onto you.

Your generous gift of $45.00 is a way of being there to help when you can't be there personally. Your support does so much and if you are able to help out further, we hope that you would feel free to do so. With your help, we won't ever have to turn away any officer or their family in need.

Thanks again for "Touching Hearts" and being a blessing.  Our best wishes to you always!

Sincerely,

John Kucan,
National Outreach Chairman

*"Please remember NACOP in your will"*

*From the Desk of:*

# Major General John K. Singlaub

## U.S. Army (Ret.)

**Military Friends:**

*Lieutenant General
William H. Ginn, Jr.
USAF, Retired*

*R. Admiral
Charles E. McDowell
USN, Retired*

*Brigadier General
James H. "Jimmie"
Leach
DSC, USA, Retired*

*Brigadier General
R. Carl Szarlan
US Air National
Guard, Retired*

*Colonel
Ed. H. Caton
USAF, Retired*

*Colonel
Abe Friedman
USA, Retired*

*Captain
Patrick F. Kennedy
USN, Retired*

*Lt. Colonel
Walt Purdy
USAF, Retired*

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY  10462-4026

Dear Mr. Pejcinovic,

   I served our nation during World War II, Korea and Vietnam.  So I'm sure you can understand why I'm such a staunch defender of our men and women who have been severely wounded in Iraq or Afghanistan.

   **I'm writing to you, Mr. Pejcinovic, because I'm told you share my sense of loyalty and dedication to our disabled heroes and their families.**

   The spouses of many severely wounded troops have quit their jobs to take care of them.  And thousands of spouses who <u>can</u> work have lost their jobs in the recession.

   As a result many of these families are having difficulty feeding their families.

   When faced with such a critical mission, Mr. Pejcinovic, I put my trust in the Coalition to Salute America's Heroes, and I hope you will, too.  The Coalition is an excellent nonprofit organization that has already responded with emergency aid to more than 11,200 requests from disabled troops and their families, giving them $22 million in emergency financial aid and other program services.

   To help our disabled GIs over the patriotic Fourth of July holiday the Coalition has launched a Bronx area **Fourth of July Emergency Food Drive**, and I hope I can count on your patriotic support.

   Sincerely,

   *John K. Singlaub*

   Maj. Gen. John K. Singlaub
   U.S. Army (Ret.)

P.S.  Mr. Pejcinovic, please sign and return the enclosed THANK YOU and GET WELL card so it can be delivered to a severely wounded Marine, soldier, sailor or airman (maybe even someone from New York).  Your greeting card can lift their spirits and let them know you respect and appreciate the sacrifice they've made while serving our nation.

Coalition to Salute America's Heroes • PO Box 96440 • Washington, DC 20090-6440 • www.saluteheroesproject.org
*Providing Emergency Aid to Severely Wounded Troops and Their Families in Crisis*

# National Association of Chiefs of Police
## FAMILY FUND FOR PARALYZED & DISABLED POLICE OFFICERS

6350 Horizon Dr. • Titusville, FL 32780 • (321) 264-0911 • FAX (321) 264-0033 • policeinfo@aphf.org • www.aphf.org

Mr. Harun Pejcinovic,
I hope the enclosed **Police Family News** reveals just how important you are as a donor to so many paralyzed & disabled families.
Your financial support allows the officers and their children the opportunity to receive a quality education.
*Your support means their sacrifice and their families will never be forgotten.*

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

July 2011

Dear Mr. Harun Pejcinovic:

Most Americans consider higher education to be the most important factor when it comes to a sustainable future. In these tough economic times, many find it necessary to put off college and might end up never going because it's just too hard to pay for it. Your generous contribution to the Family Fund For Paralyzed & Disabled Police Officers 2011 Scholarship Drive ensures that the officers and their families who risked their lives protecting our communities will be a productive part of America's future.

Thanks to your continued support, many of these children will be able to attend college who otherwise might not be able to afford it. As you look through the enclosed newsletter, you will see how important your support is by reading the many letters from the very people you are helping. You'll find that not only do you support them financially, but you are truly appreciated by them as well.

Thank you in advance for your generous donation.

My blessings to you and your family,

Barry Shepherd
Executive Director



## PARALYZED VETERANS OF AMERICA
801 Eighteenth Street, N.W. • Washington, DC 20006

May 24, 2010

Mr. Harun Pejcinovic
1703 Fowler Avenue
Bronx, NY  10462-4026

Dear Mr. Pejcinovic,

I want to be the first to say "Thank you!" for your recent gift of $20 to help America's paralyzed veterans. Your generous support is already hard at work providing our paralyzed heroes with the help they need to get through the most difficult ordeal they will ever face.

I know times are tough for most of us right now, and that makes your sacrifice even more meaningful. The support we receive from patriotic friends like you proves that America is the greatest country in the world!

As a paralyzed veteran myself, I know from personal experience how much your helping hand means. Thank you again so very, very much for your most recent gift and God bless America.

Sincerely,

Homer S. Townsend, Jr.
Executive Director

P.S.  Thanks to friends like you, we're able to promote veterans' rights, work for accessibility and equal rights, help paralyzed vets get the health benefits they deserve, fund research to find a cure for paralysis and help paralyzed veterans rebuild their lives!

*In response to Internal Revenue Service requirements, we provided no goods or services in return for your gift.
This letter should be retained for your tax records. PVA's Tax payer ID# is 13-1946868.*



*Coalition to*
**Salute**
**America's**
**Heroes**

*PO Box 96440  Washington, DC 20090-6440*

Thank You!

Dear Mr. Pejcinovic,

**Key Programs:**

*Emergency Financial Aid*
*Homes for Heroes*
*Family Support Network*
*Road to Recovery*
*Conference & Tribute*

**Celebrity Friends:**

*Lynda Carter*
*Tim Conway*
*Larry Csonka*
*Charlie Daniels*
*Tony Danza*
*Jamie Farr*
*Brett Favre*
*Lee Greenwood*
*Wayne Gretzky*
*Charles Grodin*
*Valerie Harper*
*David Hasselhoff*
*Diane Keaton*
*Tommy Lasorda*
*Brenda Lee*
*Melissa Manchester*
*Rue McClanahan*
*Don Meredith*
*Jack Nicklaus*
*Richard Petty*
*Burt Reynolds*
*Cathy Rigby*
*Pat Riley*
*Ricky Skaggs*
*Ben Stiller*
*Joe Theismann*
*Kurt Warner*

Thank you for your generous $25 gift that was received on May 21, 2010 in support of our troops who have been severely wounded in Iraq or Afghanistan.

Through supporters like you Mr. Pejcinovic, the Coalition to Salute America's Heroes Emergency Financial Aid program has already sent over $22 million to the more than 11,100 requests made by severely wounded troops and their families in crisis. Let me share a special story that shows what your generosity can do in addition to providing emergency financial aid to our nation's wounded heroes.

In May 2004 in Fallujah, Iraq, an IED hit the truck in front of medic Timothy Bredberg, Jr. Known as "Band Aid", he knew what he had to do. "I triaged all three. I treated them and got them to the helicopter for evacuation," he recalled. "I myself rode with them to help out."

After returning to his unit, Bredberg learned that all three of his comrades had died.

Bredberg continued his service until July 2005 when he was severely wounded from a mortar attack. Returning home, he had a hard time holding a job because of his injuries.

In 2007, Bredberg and his wife and son attended the Coalition's 2007 Road to Recovery Conference in Orlando, Florida. At the annual conference, over 100 severely wounded troops and their families gathered to receive counseling, learn how to cope with their injuries, and meet and share their experiences with other wounded servicemen and women.

At the conference, Bredberg listened as a mother spoke about her son, Rory Dunn, who was injured in Iraq. He almost fell out of his seat. He asked for the microphone and testified," I was the medic who worked on you in Iraq. They told me you were dead." Tears of joy streamed down Bredberg's face as he reunited with his comrade, Rory.

Mr. Pejcinovic, donors like you provide opportunity and hope for these wounded GIs and their families. They were there for us and now we need to be there for them.

Sincerely,

*John K. Singlaub*

Major General John K. Singlaub
U.S. Army (Retired)

PS: Mr. Pejcinovic, remember a gift of any amount can help a severely injured serviceman or woman in one of our life changing programs. So if you can send another special tax-deductible contribution today it would be deeply appreciated.

***Providing Emergency Aid to Severely Wounded Troops and Their Families in Crisis***
CSAH is a nonprofit 501(c)(3) organization and contributions are tax deductible.

# NATIONAL VETERANS SERVICES FUND

Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

Dear M. Pejcinovic,

This is not an easy letter to write.

As a friend and generous supporter of National Veterans Services Fund (NVSF), you've done more than your share to help us provide the support, counseling, and assistance our disabled veterans need and deserve.

You can take extra pride in the fact that NVSF has been one of the leading advocates in America for investigating the many serious illnesses our Gulf War Vets now face.

And because of the generosity of concerned Americans like you, NVSF is still often the first place Vietnam Vets turn to when they need support, counseling, or assistance in dealing with the many health problems that came from Agent Orange exposure.

And now that America is at war against terrorists in Iraq and Afghanistan —— I can tell you <u>the demand and the need for our services has never been greater</u>.  Many wounded soldiers serving in Iraq and Afghanistan are coming home.  So we've provided a number of cash grants to Veterans Hospitals and other organizations to help them with their recuperation.  We've helped set up a support group for families here in America who are concerned about their loved ones serving in Iraq.  We've also collected tens of thousands of cards supporting our military that we have sent to Veterans Hospitals across the nation.

Unfortunately, all the demands for our services has left us in a serious financial crisis.

You see, during the past few months, friends I thought I could count on, wrote and told me they couldn't help with additional contributions.

This situation could leave us with a serious financial problem because every dollar we get is already budgeted towards paying our bills and meeting the needs of our veterans assistance programs.

With people not able to continue their support, I'm afraid we'll actually need to turn some disabled vets away and tell them we simply can't help.

Believe me, after all you've done, I didn't want to burden you with this problem. But I didn't know where else to turn. NVSF is totally dependent on supporters like you for its existence.  We have no other source of income.

So I decided to write to you because you are a good friend, and I thought you would understand and perhaps help us meet this important challenge.

Believe me, I know how generous you've been already. I can only thank God there are concerned

*next page, please*

NATIONAL VETERANS SERVICES FUND
P.O. Box 2465, Darien, CT  06820-0465 • NatVetSvc@nvsf.org



**HELP HOSPITALIZED VETERANS**
36585 PENFIELD LANE
WINCHESTER, CA 92596

*Honoring you, Mr. Pejcinovic...*
*You show true patriotism when you help hospitalized veterans!*



**Heroes Keep Us Free**
Whenever you glance at your patriotic
calendar, remember that each day of
freedom is a gift ... purchased with the
blood of American heroes.

Dear Mr. Pejcinovic,

I hope you have received your new 2012 patriotic calendar by now. Will you use the attached Delivery Confirmation Form to let me know? That way I can feel sure the Help Hospitalized Veterans (HHV) mission is vibrant and visible in your home in Bronx.

The calendar is a token of gratitude for your kindness, Mr. Pejcinovic. I sure hope you know how much I appreciate your partnership.

Teneshia Geiger-Davis, an occupational therapist at an Army hospital in Georgia, wrote me to say every day she sees the positive effects of the Craft Kits you provide through HHV.

*"Everything we do has consequences, some good and some bad,"*
*Teneshia thoughtfully reminded me. I'm grateful that you place your hopes on the good, inspiring*
*healing in America's sick and disabled veterans each time you partner with HHV.*

When your friends and family in Bronx ask you about your new calendar, please share the success stories of veterans whose lives you touch through HHV.

Do you remember Al, the Desert Storm veteran I told you about in my last letter? Al discovered he loves to paint thanks to HHV Craft Kits from people like you. And now he uses his crafting talents to build flag kits for other hospitalized veterans.

It's veterans like Al that Teneshia was referring to in her letter—the courageous men and women you help heal through your support of Help Hospitalized Veterans.

Will you bring healing to more sick and injured heroes like Al with your generous gift of $16 ... $20 ... $23 ... $26 or more today, Mr. Pejcinovic?

*Over, please . . .*

FOR MORE INFORMATION, PLEASE VISIT US ONLINE AT WWW.HHV.ORG

The Craft Kits and other valuable programs you make possible through Help Hospitalized Veterans aren't just fun; they also help mend injured spirits. Each is a key component in the strenuous rehabilitation of a hurting hero.

As Teneshia points out, "The soldiers use the crafts for creativity, cognition, problem solving, stress, anger, boredom relief. I have heard rave reviews."

She wants you to know the feelings of pride and accomplishment you make possible in the hearts of America's healing heroes: "They bring [the crafts] back or take pictures of them to show us the completion of their projects with their own personal touch added to them."

Teneshia has witnessed firsthand the powerful impact of HHV's Craft Kits, and she wants you to know what a big difference your support makes. She says that soldiers love to return postcards to the "great person that decided to enhance their life with a donation."

That "great person" is you ... personally!

One of those donor postcards, giving voice to your compassion, is attached to an HHV Craft Kit for every $8 you give, and each bears your name. That's the huge impact even a small donation can make.

You make a difference. That's why I sent you the calendar as a thank-you gift, and it's why I'm asking you now to reach out once again.

You'll build up the lives of sick and wounded heroes as you sign the enclosed *Thank You* card, returning it with your most generous gift today!

Saluting Their Courage!

Mike Lynch
President & Proud Veteran

*P.S. As war rages in Afghanistan, our injured troops need you as they come home to hospitals in the States. Respond to the ever-growing need and send your gift now to help hurting heroes heal!*

*"Your thoughtfulness reflects the concern that you feel for our veterans and for the service they provide to all of us while in service to our country."*

Glenn A. Costie, FACHE
*Medical Director*
*Poplar Bluff, Missouri*



**PARALYZED VETERANS OF AMERICA**

*Thank you for supporting Paralyzed Veterans of America!*

008080465

```
************AUTO**3-DIGIT 104
000533713    2247/0/64
Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026
```

December 29, 2011

Dear Mr. Pejcinovic,

Congratulations on your second anniversary of support for America's paralyzed veterans – you are a true American hero!

It is my honor and distinct privilege to recognize this important milestone in your support for Paralyzed Veterans of America. I've enclosed your **2012 Honorary Membership Card** – please place it in your wallet or purse as a symbol of your generous and caring support.

This official recognition as an **Honorary Member** is not conferred to everyone, Mr. Pejcinovic. It is reserved exclusively for those friends of Paralyzed Veterans of America who have distinguished themselves through their long-term support of our members in their efforts to rebuild their lives that were shattered in the service of their country.

As a valued **Honorary Member** for two years, you have earned a very special place in the hearts of the tens of thousands of paralyzed veterans you have helped. You are a true friend and a source of hope for paralyzed veterans seeking lives of physical independence.

I know firsthand what your support means to paralyzed veterans. After being injured and paralyzed, I spent many long hours in a hospital bed wondering if I had been forgotten.

And I also know what it's like to sit in a wheelchair for the first time and wonder if I would be able to get through life... or even make it to the next hour.

From the blistering heat of Afghanistan and Iraq... to the steamy jungles of Vietnam... to the frozen hillsides of Korea... to the trenches of World War II... our severely wounded and paralyzed veterans need your help!

*(over, please)*

801 Eighteenth Street, NW • Washington, DC 20006 • *www.SupportVeterans.org*

That's why I urge you to re-affirm your commitment to America's veterans today by renewing your annual support. With you on our side, Paralyzed Veterans of America can continue serving the brave men and women who depend on the help – and hope – they receive from patriots like you.

By sending a gift today, you'll help make sure paralyzed veterans get the health care, rehabilitation programs, and benefits they so desperately need and rightfully deserve.

And your contributions to Paralyzed Veterans of America will support Mission: ABLE – our campaign to make sure that paralyzed veterans are ABLE to receive the benefits they've earned... are ABLE to receive the medical care they deserve... and are ABLE to get the job training they need to support themselves and their families.

You are a true friend who understands – and appreciates – the many sacrifices that our men and women in uniform make to protect our precious freedom.

**And we just couldn't do our work without you!**

But with more and more injured service men and women returning from fighting America's war on terror, paralyzed veterans need you more than ever...

...and they are counting on you to stand with them TODAY in their time of need.

Please take a minute right now to renew your **2012 Honorary Membership** in Paralyzed Veterans of America by returning your Membership Renewal form along with your tax-deductible donation in the postage-paid envelope provided for your convenience.

I hope your **2012 Honorary Membership Card** will serve as a constant reminder of your generosity and deep feelings for America's paralyzed veterans. You are a true American patriot who is making a difference in the lives of those who have sacrificed so much for our nation.

Thank you for your continued friendship and generosity,

Homer S. Townsend, Jr.
Executive Director (and paralyzed veteran)

P.S   I am very concerned about the growing number of injured and paralyzed soldiers returning from overseas. We have to be there for them! Please help me show them you care by renewing your annual membership support today. Thank you!

**Thank you,**
**Mr Pejcinovic,**
**for your continued support in the**
**lives of our nation's veterans.**



**Veterans of Foreign Wars of the United States**
**406 W. 34th St.,  Kansas City, MO 64111**

19639



19639

CARD CONTROL NO.: 001503888
CARD EXP. DATE  : 12/31/00

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026



# VETERANS OF FOREIGN WARS OF THE UNITED STATES
406 West 34th Street • Kansas City, Missouri 64111

Dear Mr. Pejcinovic,

It is with great pleasure that I present you with your 2000
VFW Millennium Supporter Card.

Your new card is a token of our gratitude for all you have
done for America's struggling veterans.  I commend you, and hope
you proudly carry your card with you at all times.  Let it be a
constant reminder of our friendship which I value so much.

Would you take just a moment now to do me a favor?

Please let me know your special Millennium Supporter Card
arrived in good condition, and without any errors.  Simply return
the Program Participation Form in the pre-addressed envelope
I've enclosed for you.

Your name is currently listed among VFW's Millennium
Supporters from New York as "Mr. Harun Pejcinovic."

If this is not correct, please write on your Program
Participation Form how I should update our records.  Then I'll have
a new card made and sent to you as quickly as possible.

Your last gift of $20 came at a very good time, Mr.
Pejcinovic, especially for hospitalized veterans.  You can take
real pride in the difference you made for these deserving heroes...
and their families.

But today, I am writing to you and other Millennium Supporters
across America with an urgent request:

When you return you Program Participation
Form could you possibly rush a gift of $20
or more to the VFW today?

(over, please)

Right now, thousands of veterans who are disabled, unemployed or otherwise in need are waiting for help.

Like you, the VFW is 100% committed to helping every one of them. After all, the debt Americans owe to veterans can never be fully repaid.

But as the veteran population ages, the need for our services has simply outgrown our limited resources.

Could you possibly help me stretch those resources with a generous, tax-deductible donation?

Any amount you send will go right to work helping those most in need. And every dollar you give goes a long way to help even more veterans, thanks to our huge army of volunteers!

You can also help veterans by writing to your U.S. Senators and Congressional Representative. Remind them to honor the commitments our government made to our nation's brave defenders, and to restore full funding to veterans programs.

For the names and addresses of your Congressional Delegation to the 106th Congress, contact your local library or call us at 1-202-544-5868.

And please always fly your flag on patriotic holidays. Send a message to every veteran - and every American - that you honor those who fought to keep our nation free.

I've enclosed our brochure "How to Fly the American Flag." I hope you find it both interesting and helpful for the next time you participate in this great patriotic tradition.

Always remember that whatever way you choose to show your support for veterans will be greatly appreciated by all of us.

And of course, any donation you can send will be appreciated by the struggling veterans you enable us to assist.

On behalf of the deserving American heroes you help, thank you for all you do.

Sincerely,

John J. Senk, Jr.
Adjutant General

P.S. Please return your Program Participation Form right away. Let me know your 2000 VFW Millennium Supporter Card and address labels arrived safely. And if you can, include a generous gift to help us reach every veteran in need. Thank you.



CERTIFICATE OF APPRECIATION

2004

VETERANS OF FOREIGN WARS
OF THE UNITED STATES

Recognizes

**Mr. Harun Pejcinovic**

for faithful support of America's deserving veterans and their families.

Patriotic Americans like you ensure that our nation remains "the land of the free, and the home of the brave" for generations to come.

John Senk, Jr.
Adjutant General, Veterans of Foreign Wars

February 9, 2004
Date



CERTIFICATE OF APPRECIATION

VETERANS OF FOREIGN WARS
OF THE UNITED STATES

2003

Recognizes

Mr. Harun Pejcinovic

for faithful support of America's deserving veterans and their families.

Patriotic Americans like you ensure that our nation remains
"the land of the free, and the home of the brave" for generations to come.

Adjutant General, Veterans of Foreign Wars

February 12, 2003
Date

# Certificate of Appreciation

## VETERANS OF FOREIGN WARS OF THE UNITED STATES

Salutes

## Mr. Harun Pejcinovic

of

### Bronx, NY

for assisting in the struggle
to honor America's veterans.

*Patriotic Americans like you ensure that our nation remains
"the land of the free, and the home of the brave" for generations to come.*

John J. Senk, Jr.
Assistant General Veterans of Foreign Wars

February 18, 2002
Date





VIETNAM VETERANS
MEMORIAL FUND

## The Wall Society

In grateful appreciation for the caring support provided,
the Vietnam Veterans Memorial Fund Board of Directors
awards this certificate to

### Mr. Harun Pejcinovic

In recognition of the help provided to sustain
the mission and purpose of the
Vietnam Veterans Memorial Fund.

Jan C. Scruggs
Founder and President

March 8, 2004
Date



*A Patriot of the Year*

**2011**

26136617632

On behalf of the thousands of hospitalized veterans throughout the United States
and our overseas GIs fighting terrorism in Iraq and Afghanistan,
the Help Hospitalized Veterans organization hereby officially recognizes

**MR. HARUN PEJCINOVIC**

*for your past kindness, thoughtfulness, constant caring, and
unselfish generosity toward worthwhile charitable causes.*
**You Are A Hero!**

*Authorized by:*

Mike Lynch
*President • Help Hospitalized Veterans*



*A Donor of the Year*

**2010**

2530725766

On behalf of the thousands of hospitalized veterans throughout the United States
and our overseas GIs fighting terrorism in Iraq and Afghanistan,
the Help Hospitalized Veterans organization hereby officially recognizes

**MR. HARUN PEJCINOVIC**

for your past kindness, thoughtfulness, constant caring, and
unselfish generosity toward worthwhile charitable causes.
**You Are A Hero!**

Authorized by

Mike Lynch
*President • Help Hospitalized Veterans*



A Donor of the Year

2010

On behalf of the thousands of hospitalized veterans throughout the United States
and our overseas GIs fighting terrorism in Iraq and Afghanistan,
the Help Hospitalized Veterans organization hereby officially recognizes

**MR. HARUN PEJCINOVIC**

for your past kindness, thoughtfulness, constant caring, and
unselfish generosity toward worthwhile charitable causes.
*You Are A Hero!*

Authorized by

Mike Lynch
*President • Help Hospitalized Veterans*



*for all you do for our hospitalized and homebound disabled veterans!*

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

Dear Mr. Pejcinovic,

Thank you very much for your recent donation of $16.00 to Help Hospitalized Veterans.

I can't express to you how grateful I am that our hospitalized and homebound disabled veterans are not forgotten. Your gift is already hard at work offering hope and encouragement to America's hospitalized and homebound disabled veterans, many of whom feel abandoned by the country and countrymen they served to protect.

Mr. Pejcinovic, the craft kits, videos, computers and other tools that your generosity helps provide, shows them that others do care - that they are not alone! Thank you for your continuing support.

Sincerely,

Mike Lynch
President & Proud Veteran



Help Hospitalized Veterans | 36585 Penfield Lane | Winchester, CA 92596 | www.hhv.org

↑ DETACH AND RETURN TOP PORTION ONLY. ↑

# Certificate of Appreciation

Presented to:

## Mr. Harun Pejcinovic

*Bronx, New York*

In recognition of your steadfast and
loyal support for America's Veterans and
for the Veterans of the Vietnam War &
The Veterans Coalition.

_____

Peter J. Forbes
National Commander and Vietnam Veteran



**CERTIFICATE OF APPRECIATION**

**2014**

**VETERANS OF FOREIGN WARS**
**OF THE UNITED STATES**
Recognizes

**MR HARUN PEJCINOVIC**

GOLD CIRCLE MEMBER
for faithful support of America's deserving veterans and their families.

Patriotic Americans like you ensure that our nation remains
"the land of the free, and the home of the brave" for generations to come.

John E. Hamilton
Adjutant General
Veterans of Foreign Wars

January 9, 2014
Date



*Paralyzed Veterans of America*

# CERTIFICATE OF LOYAL SUPPORT

The Board of Directors of Paralyzed Veterans of America
is proud to recognize:

*Mr. Harun Pejcinovic*

for 2 years of loyal support
for America's paralyzed veterans since
May 2010.

Homer S. Townsend, Jr., Executive Director

*Paralyzed Veterans of America*

*Memorial Day*

*Certificate of Participation*

The Board of Directors of Paralyzed Veterans of America
is proud to recognize:

*Mr. Haun Pejcinovic*

for participating in our 2012 Memorial Day Drive and
demonstrating your support for America's paralyzed veterans.



_Homer S. Townsend_

Homer S. Townsend, Jr., Executive Director



# A Donor of the Year

## 2010

On behalf of the thousands of hospitalized veterans throughout the United States and our overseas GIs fighting terrorism in Iraq and Afghanistan, the Help Hospitalized Veterans organization hereby officially recognizes

**Mr. Harun Pejcinovic**

of

**Bronx, New York**

for your past kindness, thoughtfulness, constant caring, and unselfish generosity toward worthwhile charitable causes.

**YOU ARE A HERO!**

*Roger Chapin*

Roger Chapin



Just picture being there that day, the freezing air biting your cheeks, the press of bodies on the broken city sidewalk.

Now imagine it's YOUR hand holding Sammy's as he looks at that mountain of frozen chicken in disbelief and squeezes your fingers -- hard!

> THIS is what you help make happen for our nation's children. THIS is a moment for you to remember making a lifesaving difference . . .

Your gifts touch lives like Sammy's in a huge way! With every running step he takes . . . every quiz he passes or homework assignment he hands in . . . and every time he comes home healthy and happy to his mother.

> I hope you never underestimate how truly grateful these hungry families are for caring hearts like yours.

Please give until it stops hurting for hungry children like Sammy! Is $200 too much to help rush ONE THOUSAND POUNDS of food to 40 families? I'm sure your heart will gladly give that, maybe more.

Please write your check and return it along with your Family Food Coupons today. Thank you -- and write SOON.

For the children,

*Rick England*

Rick England
Chairman of the Board

P.S.  Let's save and change hungry lives like Sammy's. Thanks again!

---

P.P.S.  Harun, your gifts have helped feed 6 hungry, hurting families in the last 12 months alone. So don't stop now -- the children need you that much! Thanks again for all you mean to them.

# IN THEIR OWN WORDS
### *Robert's Story*

When I think about Boys Town and how much I've changed...I'm a totally different person.

My mom and dad had broken up. He had just found out that she had gotten pregnant. And when she told him the baby wasn't his, he got mad and slit her throat and bashed her head in. *(Fortunately, Robert's mom survived the attack.)*



I really didn't have any time to be a kid. I was too busy trying to put food on the table for my brothers. There were times when there was nothing in the house and we would have had nothing to eat. But there was a school right behind our project. I would break into it. I didn't touch any of their computers or anything...I just went through the refrigerator! I took frozen pizzas and things like that and brought it home. I always heard that if you're the oldest, you should take care of your family.

I got deep into a lot of things that kids shouldn't get into. I got into drugs real early...I got into gangs because it felt like a family. The leader gave me money. He gave us clothes. He watched over us. I ended up in jail for grand theft auto and evading the police and having an illegal firearm. I was 15.

When I first came to Boys Town, any little thing I could do to get in trouble I pretty much tried to do. The more the people at Boys Town kept trying to help me, the more I'd try to push them away from me because I wasn't used to it.

Then one weekend during a visit home to see my mom, my old gang jumped me. I thought I was going to die...everybody beats you. It lasts until they see that you can't move anymore. When I woke up, it was like a part of me was gone. My whole gang life was over.

After a while, all of the respect that I lost being in a gang was being replaced by respect for stuff I truly earned at Boys Town. I was having people respect me because of the work I was doing with my grades, my athletics.

I am proof that Boys Town changes kids. It just takes somebody to respect them and give them love. Every little problem that was in my way is like a hurdle, and you just have to work a little bit harder to get over it.

I never used to believe in miracles or anything like that. But if what happened to me at Boys Town isn't a miracle, it's pretty close to it.

*Robert*



Father Flanagan's Boys' Home  I  Boys Town, Nebraska 68010  I  800.217.3700 I www.boystown.org

RRD7900-2

# IN THEIR OWN WORDS
*Nina's Story*



*Boys Town always had hope in me... even when I wanted to die.*

*I tried killing myself 2 or 3 times. What brought me to the point of thinking I wanted to end my life was when I got raped. So many things had happened to me that year, my dad had died, my relationship with my mom went down. I didn't think anybody loved me. I thought that I was the most horrible person in the world.*

*I thought I was disgusting. I hated myself. I didn't think there was anything to live for. I got involved with gangs. People were shooting at us from a drive by, there was so much violence. I got arrested a couple times. I didn't know what was next if I was going to be in a coffin or in jail.*

*Without Boys Town in my life, I probably would be dead. I know I would.*

*I was a very hard person to love. I wouldn't let anybody be friends with me. It was like a mask, I was wearing a mask. Nobody could deal with me, nobody could mess with me. On the outside I was harder than rock and very deep inside of me I needed help, I needed someone, I needed somebody to love me, I needed someone to be there for me. There was a little girl in there and she was very scared.*

*The people at Boys Town gave me their trust. They made me feel wanted. They made me feel that I was somebody and I was special.*

*I'm more active and more outgoing. I played soccer and I played softball. I opened myself up to more people. I'm making my mom proud. My mom and I have a better relationship now that I've come here. I wish my dad was here so he could see me walk (graduate). You know, I think he'd be proud of me and the changes that I've made, the person that I'm becoming, the person I am today.*

*I think there's a lot of Nina's out there and I think there's a lot of girls that need help like I needed. And they need to know that somebody's there for them. I want to live life to the fullest. I want to do things for kids that Boys Town did for me. I want to be a Social Worker. I have plans to go to college. I have big plans for myself now.*

*Nina*



Father Flanagan's Boys' Home  l  Boys Town, Nebraska 68010  l  800.217.3700 l  www.boystown.org

RRD6709-1

# IN THEIR OWN WORDS
### Rachel's Story

I feel like I had a whole other life before I came here to Boys Town.



My siblings and I lived with my mother who suffered from severe mental illness. She hallucinated and would beat us all the time, even as we slept. My mother ignored the babies, so as the oldest girl I quickly became a mom to them even though I was a child myself.

My mother was illegally married to many men at the same time. She would never divorce before getting married again. Her third husband began to molest me when I was three. Even though my mother walked in and caught him, she still stayed with him. She believed we were competing for his affection.

When they broke up, she moved us around a lot. Never having a place to go, she'd just up and relocate us . . . stealing along the way for food or rides. We were mostly homeless and starving. We lived in a couple of homeless shelters and in the homes of strangers. She knew as a mother of five children with her, she could play on the compassion of others. Moving into people's homes and using them for money and food.

It didn't take long for folks to catch on and throw us out.

Eventually, we ended up living in a tiny apartment. There was no electricity or gas.

We ate at school, and we would sneak into motel pools to cool off or wash up. I was so ashamed. She started leaving us alone at night. Short periods turned into longer periods. We barely ever saw her.

Then summer came. We weren't getting free food anymore at school, and we were starving. Out of desperation, I looked in my mom's purse and found a roll of hundred dollar bills. I took the money and ran to buy food. Not long after that, my mom left and just never came back. We became a ward of the state, and Boys Town took us in.

Boys Town rescued me along with my siblings. I still can't believe it's real.

At first, I thought my Family Teachers were putting on an act, that they would be different behind closed doors. That's all I had ever known. But they are truly wonderful people who show me what a real family is like.

I thank God for watching over us and leading us to Boys Town.

*Rachel*



Father Flanagan's Boys' Home | Boys Town, Nebraska 68010 | 800.217.3700 | www.boystown.org

RRD7900-2



BOYS TOWN®

*Certificate of Acknowledgment*

This Certificate is
hereby awarded to

**MR. HARUN PEJCINOVIC**

in acknowledgment
of your generous support.

BOYS TOWN
**2010**
ANNUAL APPEAL
Saving Children, Healing Families®

"It costs so little to teach a
child to love, and so much to
teach him to hate."

— Father Flanagan

Father Steven E. Boes
National Executive Director



BOYS TOWN

*Certificate of Acknowledgment*

This Certificate is
hereby awarded to

**MR. HARUN PEJCINOVIC**

in acknowledgment
of your generous support.

"It costs so little to teach a child
to love, and so much to teach
him to hate."
— Father Flanagan

Father Steven E. Boes,
National Executive Director

BOYS TOWN
THE ORIGINAL FATHER FLANAGAN'S BOYS' HOME®

**2010**
CHRISTMAS APPEAL



BOYS TOWN

Certificate of Acknowledgment

This Certificate is
hereby awarded to

HARUN PEJCINOVIC

in acknowledgment
of your generous support.

BOYS TOWN
**2012**
ANNUAL APPEAL
Saving Children, Healing Families®

"It costs so little to teach a
child to love, and so much to
teach him to hate."

– Father Flanagan

Father Steven E. Boes,
National Executive Director



BOYS TOWN®

Certificate of Acknowledgment

This Certificate is
hereby awarded to

HARUN PEJCINOVIC

in acknowledgment
of your generous support.

"It costs so little to teach a child
to love, and so much to teach
him to hate."
– Father Flanagan

Father Steven E. Boes
National Executive Director

BOYS TOWN
THE ORIGINAL FATHER FLANAGAN'S BOYS' HOME®

2011
CHRISTMAS APPEAL



*Certificate of Appreciation*

Easter Seals would like to thank you,

**Mr. Harun Pejcinovic**

for your support.

Your generous contribution will help us
provide programs and services for people
with disabilities and their families
throughout New York
and America.

James E. Williams, Jr.
National President



*Certificate of Appreciation*

Easter Seals would like to thank you,
**Mr. Harun Pejcinovic**
for your support.

Your generous contribution will help us
provide programs and services for people
with disabilities and their families
throughout New York
and America.

James E. Williams, Jr.
National President

Creating solutions, changing lives.

**To print this certificate**, click on your browser's File menu and select Print.

**To return to the previous page**, click the back button on your browser.



*AARON*
has signed the PACT, promising to take action to stop violence.

- I will talk with my children and the children I know, and listen to the issues they think are important.

- I will take a greater interest in my children's free time and their friends.

- I will, in my words and actions, condemn violence as a way to resolve conflict, anger or frustration.

- I will get more involved in my community and our schools.

- If I own a gun, I will make sure that children can't get their hands on it.



An AOL Initiative

http://pact.aol.com/mynews/parentprint.adp?first_name=AARON                    5/24/99



**PACT**
Parents And
Children Together
to Stop Violence

*HARUN PEJCINOVIC*
has signed the PACT, promising to take
action to stop violence.

- I will talk with my children and the children I know, and listen to the issues they think are important.

- I will take a greater interest in my children's free time and their friends.

- I will, in my words and actions, condemn violence as a way to resolve conflict, anger or frustration.

- I will get more involved in my community and our schools.

- If I own a gun, I will make sure that children can't get their hands on it.



An AOJL Initiative



for
Harum Pejcinovic

from Ronald McDonald House
in recognition of your outstanding generosity and ongoing support.

VIVIAN HARRIS, *President*
RONALD McDONALD HOUSE

May 5, 2010

Harun Pejcinovic
1703 Fowler Ave
Bronx NY  10462-4026
ٌٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍٍ

Dear Harun,

    Hard times are HERE -- in America!  For many
struggling families across the USA right now, the only
way groceries will make it onto their tables is because a
friend and neighbor like you acts in time.

    Thankfully, your gifts over the past 12 months have
helped feed hungry, hurting little ones and their
families when they needed it the most!

    Families like Lucy and Bill's,* who moved to the
country for a better life for their children.  Only to
see them go hungry . . .

    "My children have gone without milk, bread, meat,
cereal, peanut butter, fruit and other things because we
just can't afford it," Lucy says, the lines around her
tired eyes filling with tears.

    "We live for our children and gladly sacrifice for
them," she says.  "But I have heard my husband cry
himself to sleep at night because he can't do more for me
and our children.  There is nothing worse than hearing
that," she whispers.  Except for --

        Your child saying, "I'm really hungry, Mom,
        what is there to eat?"  And the answer is,
        "NOTHING . . .'"

    Thank God kind hearts like yours are there for
wrecked families like Lucy's with good food -- and hope!

    Which is why I'm enclosing your *2010 Certificate
of Appreciation* for helping provide 1,000 meals.

    But know how much more your help means RIGHT NOW for
hungry boys and girls who are still suffering.  For them,
please send a very special gift of $20 or more to help
reach them in time.  They need you that much!

*Names/photo changed for privacy.

                                (over, please)

ΞED THE CHILDREN® • P.O. Box 36 • Oklahoma City, OK 73101-0036 • (405) 942-0228 • www.FeedTheChildren.org/US

"I've never felt so low in my life," Lucy says. "It's either our home and electricity or groceries! <u>That is a horrible choice to make!"</u>

**And this famished family is not alone . . .**

At the local emergency food pantry in their small town, Lucy reports, "There are so many families getting food <u>just to make it</u> -- even if that means living on canned vegetables for a week." <u>If they're lucky</u> . . .

You see, the food pantry, "Just doesn't have enough to go around either," she admits. Looking up through tears, she asks, "We have no family that we can ask for help, and no one to rely on. <u>Things seem so hopeless</u> . . ."

But that's where great friends of Feed The Children like you come in. We CAN make a difference! Together, WE CAN get food to families like Lucy and Bill's. WE CAN help fill the shelves of the town food pantry. <u>And we can do it now!</u>

That's just one reason your new *2010 Certificate of Appreciation* is more important than just serving as a record of your contributions . . .

**It represents food -- life! -- for our hungriest children and their families.**

Better yet, your generous gift today will help make sure <u>we're there</u> when the children scream and mothers cry for help.

Thank you and let us hear from you again <u>SOON</u>.

For the children,

*Rick England*

Rick England
Chairman of the Board

P.S. Remember, America's hardest-hit families and hungry little ones need you today like never before. Thanks for all you've done, and <u>please send your next gift now</u> to reach children in deadly danger in time! **They're counting on you . . .**



 **FEED THE CHILDREN**

August 6, 2009


Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026


Dear Harun,

Thank you so much for your recent gift of $10.00 and welcome to the Feed The Children family of supporters!  Today there is food on the table for hungry boys and girls around the U.S., because of your kindness.

However, each new day brings new uncertainties for struggling families in today's economic times.  "How will we pay the rent?  What about the utility bill that's twice as much as it was this time last year?"  Most important they ask "How will we put food on the table tonight?"

With help from new friends like you, Feed The Children can at least help answer that last question.  That's why any additional gift you can share today will be greatly appreciated.

I know you have already been generous, and we are deeply grateful, but the need is urgent.  All across this great land hungry children need your help and they need you now.




For the children,

*Larry*

Larry Jones
LJ: mq

 **FEED THE CHILDREN**

February 18, 2010

Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

Dear Harun,

In the wake of the recent earthquake, we want to tell you how grateful we are for your gift of $20.00, especially at a time when more American children are hurting than ever.

Your gift shows you recognize that, despite the recent disaster overseas, children all throughout the United States are going without food.

Experts have reported unemployment in the United States is likely to remain high in 2010, and possibly for the next few years. That means a hard road ahead for the jobless and their children.

As a generous friend, you are helping feed our nation's hardest hit boys and girls. That is the spirit and kindness that keeps us going year after year.

Your extra gift today would be an answer to prayer for those who continue to suffer from hunger. Thank you again for not forgetting there are many more children across America who have nothing to eat.

For the children,

Rick England

Rick England
Chairman of the Board
RE: md



# FEED THE CHILDREN

August 31, 2009

Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

Dear Harun,

Thank you for your recent gift of $20.00 and welcome to the Feed The Children family of supporters. We're so grateful for the love and generosity you've shown to America's hungry children, like six-year-old Chelsea*; who is a girl that knows all too well how much hunger, poverty and homelessness can hurt.

Chelsea will never forget the day the landlord changed the locks on their home, or the terror-filled night she spent on the porch with her mother and sisters.  She's often cried herself to sleep due to the hunger pains of an empty tummy.

Chelsea does have a much fonder memory.  It's of the day a kind woman brought food, that friends, like you, helped provide, for her family.

Today, Chelsea and her family are getting back on their feet and have a place of their own again, but during these tough economic times, there are so many American children and their families who aren't as lucky.

That's why I'm hoping you can share an additional gift, today.  The need is so great.  Please do what you are able, and know how much we appreciate your support.  God bless you, always.

For the children,

*Larry*

Larry Jones
LJ: mq

**www.feedthechildren.org**
P. O. Box 36 • Oklahoma City, OK 73101-0036 • (405) 942-0228



FEED THE
CHILDREN ®

May 5, 2011

Harun Pejcinovic
1703 Fowler Ave
Bronx NY  10462-4026

Dear Harun,

Thank you for partnering with Feed The Children.  Committed, compassionate friends like you are the reason we're able to answer the calls for help we receive each day.

And right now it feels like those calls are never ending.  High unemployment rates, wages and hours being cut, families losing their homes — it all contributes to more boys and girls going hungry and more Americans needing our help.

Dave* worked for a farm on the West Coast.  When the owner died, the farm closed.  "My job and I both went down," he says.  Dave and his wife have four children so there are six mouths to feed.  "I've used all of our savings," he told us.  "I never thought it would be like this.  I hoped and prayed it would never be like this."

Living in a small Midwest manufacturing town, Mike remembers his career at a once thriving automotive plant.  "It was the kind of job I could work until I retired and still have a good living.  But that company is gone now . . . all of those kinds of companies have left this area," Mike says.

**When jobs leave, parents are left with hungry children.**

Janice, who lives in the South, constantly worries about feeding her children.  "I try to not let them see me worry.  But I can't help to think, 'Why us?  How am I going to get by?  What's going to happen tomorrow?'"

Thankfully, as a friend of Feed The Children, kind hearts like yours are there to help provide shattered families like these with good food — and hope.  In fact, your gifts in the past have helped feed boys and girls when they've needed it the most.

**Which is why we're enclosing your 2011 Certificate
of Appreciation for helping provide 1,000 meals.**

That food helped answer the daunting question, "What will I eat tomorrow?"  Right now you can help eliminate the same fear and worry for even more boys and girls by sending a very special gift of $10 or more.  Because sadly, children across our country are still wondering, "When will I get to eat again?"

*Names changed for privacy.

(over, please)

Tanya, an out of work mother of three in the Southeast, knows how hard it is to have nothing to feed her children.  "I know people aren't supposed to be given more than they can handle, but it hurts to say 'no' to my children," she told us in tears.

We can't solve all the problems a family may have, but we can make a difference!  That's where valued friends of Feed The Children like you come in.

**Together, we can get food and essentials to
American children and families who need it most.**

We can deliver food nationwide and help fill the shelves of local food pantries.  We can give parents relief from the agony and heartbreak of seeing their children suffer from hunger.  Just like we did for Tanya.

"If it wasn't for Feed The Children, my children would be hungry.  This food has been such a blessing!" she says.  That blessing would never have been possible without your generosity.

But what about the next Tanya . . . Dave . . . Mike . . . or Janice?  Parents who are trying to make it in this economy, but end up becoming a statistic instead, just like the thousands of Americans we hear about on the news nightly or read about in the papers and on the internet.

That is why your help means so much right now.

Because while your 2011 Certificate of Appreciation is a symbol, what it represents is very real.  Without you, and the food you provide, so many boys and girls will simply go to bed hungry.

**Please take a moment to consider what you
can do to help -- the need is so great!**

Thank you and please let us hear from you again soon.

For the children,

*Rick England*

Rick England
Chairman of the Board

P.S.  Many American children have been hungry for so long.  To receive even a little food is like a miracle.  They deserve much better, but all they really want is a chance to eat.  Please, whatever you can send to help today would be most gratefully received.  Thank you!



**Harun, thank you for making a difference that matters!**

Harun Pejcinovic
1703 Fowler Ave
Bronx NY  10462-4026

Dear Harun,

I trust you are well and that 2010 will be a blessed year for you!

Enclosed you'll find a receipt for your 2009 giving to the lifesaving work of feeding hungry boys and girls through Feed The Children.

Thank you again for your support and caring during such trying times for our country -- and especially our most vulnerable children.

Because of your special partnership with Feed The Children, we've rushed life-changing food nationwide to hungry boys and girls.

As you review your Giving Summary for 2009, please know how much you're needed in the days ahead.  Frankly, without you I fear for hungry boys and girls across the USA.

That's why I urge you to send another gift now to help reach them with the food they need!

Thanks again for the hope you represent -- and for the food you make possible.  God bless.

For the children,

*Rick England*

Rick England,
Chairman of the Board

P.O. Box 36 • Oklahoma City, OK 73101-0036 • (405) 942-0228 • www.FeedTheChildren.org

Dear Friend ~ *Harun,*

    Thank you so much for your compassion and generosity in the past year.  Because of your partnership, we were able to deliver good food to our hungriest children and their families through one of the hardest years our nation has ever faced.

    Our work is far from done, however, and I fear the hard winter months ahead will push more families to the breaking point.  For the sake of so many hungry girls and boys, I pray you will partner with us again in 2010.

    Thank you for reaching out to help hungry American children.

               Rick England
               Chairman of the Board

*Your gift of $25 will help feed hungry children!*

Dear Harun,

Today is a very special day.  This is the anniversary of your commitment to partner with Feed The Children 14 years ago.

You are a crucial link in Feed The Children's chain of caring, and your generosity is making a significant impact. Your partnership means more than just food or supplies for those we help.  Your kindness fills lives full of healing, help and hope.

So much has been accomplished since you gave your first gift in May, 1996. Because of the $369 you've given to date, children are not going to bed hungry. They have food to eat and a chance for a better tomorrow.

We simply could not do it without you.  Thank you for your compassion for hurting and hungry children.  Thank you for your commitment to help them.  As we continue to meet the skyrocketing needs of boys and girls, it is our privilege to continue partnering with you.

My greatest thanks,

Rick England
Chairman of the Board



FEED THE CHILDREN®

*Certificate of Appreciation*

*In Recognition of*

**Harun Pejcinovic**

Your Generosity Over The Past Two Years
Has Helped Provide 1,000 Life-Changing Meals
For Our Country's Hungriest Children.

2011

*For the hungry children whose lives you've helped change, thank you!*

Rick England, Chairman of the Board

FEED THE CHILDREN • P.O. Box 36 • Oklahoma City, OK 73101-0036 • www.FeedTheChildren.org/US

Dear Harun,

Thank you so much and congratulations to you for the tremendous difference you're making in young lives across America! Your new *Certificate of Appreciation* demonstrates the difference you've made by helping deliver 1,000 meals and other essentials to hungry little ones.

Along with your beautiful new *Certificate*, please also accept our appreciation for the hope you've helped provide through Feed The Children. Know how much you mean to the boys and girls we serve — and thanks again for your generosity. God bless and thanks again!



# FEED THE CHILDREN®

## Certificate of Appreciation
### In Recognition of

2010

**Harun Pejcinovic**

Your Generosity In The Past 12 Months
Has Helped Provide 1,000 Lifesaving Meals
For Our Country's Hungriest Children.

Rick England, Chairman of the Board

*For the hungry children whose lives you've helped save and change, thank you!*

Feed The Children® • P.O. Box 36 • Oklahoma City, OK 73101-0036 • www.FeedTheChildren.org/US

Dear Harun,

Congratulations for everything you're accomplishing through Feed The Children!

Your new *Certificate of Appreciation* shows the difference you make by helping provide hungry boys and girls with 1,000 meals and more — food, help and real hope!

Along with your *Certificate*, please accept our gratitude and the love of the children we've served. Know how much you mean to them — and to us. May God bless you as a friend of Feed The Children in the days ahead!

2001 *Certificate of Appreciation*
Presented With Deepest Gratitude To

### Harun Pejicinovic

whose gifts have helped provide 2,900 meals for
hungry boys and girls.

Thank you for being exceptionally generous to
America's hungry children!

FEED THE CHILDREN® • P.O. BOX 36 • OKLAHOMA CITY, OK 73101-0036

LARRY JONES, PRESIDENT



Dear friend,

When I'm in the hospital I'm not happy, But when I'm at the Ronald house with family I feel safe and very happy. There's lot's of activities for me to do by myself or with my family. I like to do Karate and go in the computers lab. I made lot's of friends here at the house. I think of my friends as my family. I drew a picture of me and my family having a great time. Thank you for being a friend of Ronald Mcdonald house.

From,
Antoinette 11 years old



me, my mom and little sister





me during my chemo

# Certificate of Appreciation

Memorial Sloan-Kettering Cancer Center is proud to recognize

## Harun Pejcinovic

*In honor of your outstanding leadership, commitment and support in the battle against cancer.*

Memorial Sloan-Kettering
Cancer Center
*The Best Cancer Care, Anywhere.*

Richard Naum
Vice President, Development



# Certificate of Appreciation

Memorial Sloan-Kettering Cancer Center is proud to recognize

## Mr. Harun Pejcinovic

In honor of your outstanding leadership, commitment
and support in the battle against cancer.

**Memorial Sloan-Kettering**
**Cancer Center**
The Best Cancer Care, Anywhere.

MEMORIAL SLOAN-KETTERING CANCER CENTER · ESTABLISHED 1884

Richard Naum
Vice President, Development

2010 ANNUAL FUND
SUPPORTER

**American Cancer Society**

2010 Supporter

**Harun Pejcinovic**
*is helping friends and neighbors in
New York and across the nation in the
fight against cancer.*

*Clare B. Bradley, MD, MPH*

**Chief Medical Officer**
**Eastern Division, Inc.**

1.800.227.2345 • cancer.org

Dear Friend,

   If cancer has ever touched your life or the life of someone you know, I don't have to tell you how devastating it is. The fact is, in one way or another, cancer may affect us all.

   That's why it's up to all of us to play a part in beating cancer during our lifetime.

   If you haven't given a gift to the American Cancer Society, I urge you to do so today. I can't think of a better way to honor someone you know, perhaps a friend or a loved one, who has battled cancer.

   Please help us save lives. Please send a gift to our 2010 Annual Fund today to help us create a world with more birthdays by helping people stay well, helping people get well, by finding cures, and by fighting back against cancer.

   Alan G. Thorson, MD, FACS
   National President
   American Cancer Society



National
Cancer Coalition

**Door-to-Door Cancer Drive**
*c/o The National Cancer Coalition Inc.*
*333 Fayetteville Street, Suite 1500*
*Raleigh, North Carolina 27601*

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY  10462-4026

Dear Mr. Pejcinovic,

Your name has been selected as someone in your area who might agree to join as a volunteer for our Door-to-Door Cancer Drive.

As a Door-to-Door volunteer you will be asked to visit up to 5 neighbors and friends in your area to distribute educational literature about detection and prevention of cancer, and ask for their contribution to fight cancer and help us with our national public health education campaigns.

I would like to schedule our March Door-to-Door Cancer Drive, so if you could use the enclosed Cancer Drive Reply to let me know if you'll be able to accept my invitation, I'd appreciate it.

As you know, cancer is one of America's leading killers.  In fact, as I write to you today, one out of three Americans is at risk for this dreadful disease.

Now, I know that productive members of the community such as yourself have busy schedules that don't often leave time for volunteer activity.

So if you are not able to serve as a Door-to-Door Volunteer, will you PLEASE do your part by sending us your tax-deductible contribution of $10, $15 or even $25 or more today?

Your volunteer time or your $10 gift is urgently needed and is deeply appreciated.  Thank You!

Sincerely,

*Angelle Stringer, Ph.D.*

Dr. Angelle Stringer
Executive Director

P.S.  We'll be checking our volunteer participation levels in your area in the next several weeks.  So either way, if you can or cannot help as a volunteer, please let me know right away on the enclosed Cancer Drive Reply.  Your help is desperately needed.

*The National Cancer Coalition Inc.*
*333 Fayetteville Street, Suite 1500, Raleigh, North Carolina 27601*
*Online at www.nationalcancercoalition.org*

02NC

In recognition of

## Mr Harun Pejcinovic

a valued member of the

# National Committee to Preserve Social Security and Medicare



In gratitude for your support in the fight to stop privatization from eroding the Social Security benefits of senior Americans today and for generations to come — and for your ongoing commitment to help protect the long-term solvency of Social Security and Medicare.

Signed this 30th day of September, 2004

*Barbara B. Kennelly*

# Certificate Of Appreciation

### presented to

## Harun Pejcinovic

on behalf of every bright young person who will now
be able to attend college, in recognition of a generous
gift to UNCF – the United Negro College Fund.


**UNCF**
A mind is a terrible
thing to waste®

_Michael L. Lomax_ Ph.D.
_President and CEO, UNCF_



**Certificate of Appreciation**

*presented to*

**Harun Pejcinovic**

*on behalf of every bright young person who will now be able to attend college,
in recognition of a generous gift to United Negro College Fund 2007 Drive.*



UNITED NEGRO
COLLEGE FUND
"A mind is a terrible thing to waste."

*Michael L. Lomax*, Ph.D.
*President and CEO, UNCF*

573065



## GEORGE W. BUSH
## PRESIDENTIAL CENTER

Dear Mr. Pejcinovic,

It was a great honor to serve under President George W. Bush — and I know the President was honored to have the support of Americans like you.

Together, President Bush and the American people have faced great challenges in this first decade of the 21st Century — but we've also been blessed with great opportunities to strengthen our nation, share our conservative values and truly make a difference in our world.

Today you and I have another such opportunity: The George W. Bush Presidential Center, which will be home to our 43rd President's Library and Museum, as well as a unique Policy Institute that will continue to promote the principles that President Bush believes are best for America.

I want you to be part of this. President Bush was sustained during his presidential campaigns and his time in the White House by the support he received from citizens like you, and I consider it a great privilege to present to you a 2010 Charter Membership Card from the Center.

Mr. Pejcinovic, you are among the very first Americans selected to receive one of these special keepsakes. I am presenting it to you on behalf of President and Mrs. Bush. They want you to know exactly what they envision for the George W. Bush Presidential Center, and why your support for this exciting new project is so important to both of them.

There's a Receipt Confirmation and Membership RSVP enclosed with your Card. I want to make sure that you received your Card, and that I have your name as you want it to appear. I hope that after I tell you about the Center, and why it's such a great opportunity for us to make a difference, you will join us with a tax-deductible contribution of at least $25, and help make the Bush Center the exciting and innovative place that America deserves.

First, the Center will be home to the George W. Bush Presidential Library and Museum — and it's going to be like no other. President Bush is adamant that this presidential library will NOT be all about him and his life story, but something much more important.

What he envisions is a tribute to the institution of the Presidency — to the importance of the White House, and the great responsibility placed on the shoulders of those entrusted to serve in the Oval Office. President and Mrs. Bush envision a place that's interactive and exciting... a place where people can learn about the decisions that face the President of the United States on a daily basis — decisions about war and peace, safety and security... decisions that affect the future of our young people, the opportunities available to working families, the peace of mind of seniors and retirees.

Rather than his personal story, President Bush wants people to know his personal principles — ideas like freedom and opportunity, responsibility and compassion. These are the ideals that the President worked hard to put into practice during his eight years in the White House.

(over, please...)

Page Two

President Bush takes great pride in the fact that his administration kept America safe after the shock and terror of 9/11. President Bush worked to defend freedom in all its many forms — from taking on tyrants who supported terrorism, to empowering people here at home by lowering their taxes and improving schools through the No Child Left Behind Act. And President Bush worked to encourage personal responsibility and compassion — so that people would be willing and able to help others, and take the initiative in improving their communities.

President Bush believes that these principles transcend one man or a single election. These are ideals that, with your support, we will emphasize at the George W. Bush Presidential Center with the goal of inspiring visitors to renew their faith in these important ideals.

But most exciting is the opportunity to continue the important work of advancing these ideals of freedom, opportunity, responsibility and compassion through the work at the George W. Bush Institute, which will serve as a home base for world-renowned scholars and policy experts who know their way around a host of issues — everything from education and global health to political and economic freedom.

In the coming years, you'll see the Bush Institute at the center of the debate over these issues. We'll host events where people can get together and talk about specific challenges facing America. We'll put our ideas out for consideration through the media — from the newspapers you read to the news shows you watch on TV and listen to on the radio, as well as the websites and blogs you visit on the Internet.

Most of all, on every issue President Bush will make sure that the Institute is giving you a voice, and speaking out for you and for every American who values the ideals of freedom, opportunity, responsibility and compassion, and wants to see those ideals put into practice.

President Bush wants you to be part of this new Center. That's why I hope you will accept the 2010 Charter Membership Card I've enclosed, and help the Center make a real difference in our world, and shape the future. We can do that through great ideas and timeless values… through exciting, interactive exhibits that make those ideas real… and through continued study of those ideas, and new proposals for how to strengthen our nation.

We'll be doing all of that at the George W. Bush Presidential Center. While the Center is scheduled to open in the Spring of 2013, the work of the Bush Institute is starting now. It would mean so much to President Bush and Laura for you to be one of the first to support the Center. Please let me hear from you right away. Thank you.

Sincerely,

Hon. Mark Langdale, President
George W. Bush Foundation

P.S.    President Bush and Laura's commitment to advancing the core principles of freedom, opportunity, responsibility and compassion is stronger than ever. This commitment will define every exhibit and initiative at the George W. Bush Presidential Center. I hope you'll be part of it. President Bush and Mrs. Bush would be honored to have your support as they keep up the fight for our ideas and American values. So please, accept the 2010 Charter Membership Card I've enclosed for you, and send in your Membership RSVP and your most generous tax-deductible contribution today. Thank you!

To Mr. Harun Pejinovic

With best wishes,



GEORGE W. BUSH
PRESIDENTIAL CENTER



00015488      00000396  000010

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

## REAGAN RANCH
*A project of Young America's Foundation*

*Thank you for your continued support of Young America's Foundation... Can we count on your vital support again today?*

*From The Desk of*
## MICHAEL REAGAN

Dear Mr Pejcinovic,

Ronald Reagan personifies a "life well-lived." My dad, without question, lived a phenomenal life—and championed principles we still celebrate.

Today, it falls to all of us to carry forward his ideas and achievements. I am pleased to present you with this unique gift which has been created especially for you as a way to be inspired and motivated by Ronald Reagan every day.

This exceptional **2013 Reagan Ranch Calendar** cannot be purchased in any store. I am presenting it to you, today, in the hope that you will accept an invitation to become a valued Reagan Ranch member.

We can be thankful that Americans put their trust in Ronald Reagan to lead us out of the tumultuous 1970s. Today, as our country faces similar threats to our future, you and I must work together to pass Ronald Reagan's ideas to future generations.

I certainly hope you will accept this special calendar, which celebrates my dad's life and accomplishments, and say "Yes" to a gift to help preserve his beloved home.

My father believed in the American dream and lived a life that reflected it. He set his sights on what some would consider impossible goals—and he met them. In doing so, he changed our nation and our world and left an incredible imprint on our hearts.

Dad also knew that the greatness of America is best secured by making sure that our nation's young people embrace a freedom philosophy.

That goal drives Young America's Foundation, the premier conservative student outreach organization in America.

As you may know, Rancho del Cielo, or "Ranch in the Sky," was my father's 688-acre ranch home that sits above Santa Barbara, California, and is nestled near the Pacific Ocean in the Santa Ynez Mountains. It was his home for nearly 25 years.

(over, please)

- 2 -

Sadly, Alzheimer's took its toll, and my father had to put the Ranch up for sale as he could no longer tend to it. Despite the Ranch's historic significance, the Clinton administration had no interest in saving the site, and the California assembly also passed up the opportunity to preserve this historic property.

It was Young America's Foundation who risked everything to save the Ranch. They knew the importance of keeping this irreplaceable treasure protected for future generations. Thank goodness they did!

For years now, Young America's Foundation has worked to save this Presidential landmark. They have done an extraordinary job. The Ranch remains just as my dad left it. However, they very much need your help.

**So please take a moment right now to let me know your calendar arrived. Simply return the enclosed Calendar Receipt Confirmation in the pre-addressed envelope enclosed. <u>Thank you.</u>**

I would also appreciate it, when you mail your receipt back, if you would include a special gift of $25 or more to become a Reagan Ranch member today.

By doing so, your name will be forever linked with Ronald Reagan's ranch. We will include your name in the **Reagan Ranch Registry of Members**, which will permanently acknowledge you as a friend who helps preserve Ronald Reagan's home for future generations.

Many Reagan Ranch members who have a great fondness for our 40th President have chosen to support or honor a loved one with a larger gift or even a bequest in their will to the Ranch. Please rest assured that a gift of any amount will be greatly appreciated and put to good use. No matter what you chose to do, please enjoy your calendar.

We've selected some of the best photos of my father at his ranch for this new calendar. They reaffirm that Ronald Reagan was the same humble person—both on and off the world stage.

The Western White House was where he went for relaxation. He found inspiration and strength from riding the trails of the rugged land. The Reagan Ranch is where his down-to-earth character is on full display and where his principles are tangible, visible, and real!

Like me, I know you want his conservative ideas to live on. That is why I travel the country to speak before Young America's Foundation's student audiences.

The relationship my father had with Young America's Foundation goes back more than 40 years to his days as governor of California. In the early 1970s they sponsored his famous radio commentaries that ignited the hearts of conservatives nationwide. Each year, during his Presidency, he hosted students attending Young America's Foundation's National Conservative Student Conference at the White House.

Through the years, Young America's Foundation has lived up to its slogan: **The Conservative Movement Starts Here!** Their work with young people is far-reaching and extraordinary. They are using what Ronald Reagan taught us...what he stood for...what he practiced...and what he believed...to inspire and train a new generation of leaders.

Today, the Conservative Movement is more energized than ever. Across America we are

(next page, please)

witnessing a resurgence of interest in Ronald Reagan from young people—even though he left the White House before most of them were born. And Young America's Foundation is helping to teach and expand the cadre of young people who will lead the way in taking our country back. <u>Your support is essential for them to succeed.</u>

My dad had a clear understanding of how to strengthen the Conservative Movement and advance freedom's cause.

He would be so proud, and frankly, quite humbled, to know that thousands of dedicated admirers are helping to preserve his ranch today.

Just as important, dad would be extremely pleased to know that you are helping to carry his freedom philosophy to thousands of young people.

In these days when the leftists in Washington are expanding government and radically transforming our nation, it is vitally important that America's youth understand my dad's vision of freedom so they can fight back against socialism.

Young America's Foundation has a presence on campuses nationwide and is reaching tens of thousands of students. They're working hard to shape a vanguard of new conservative leaders who reject the Left and are looking to Ronald Reagan's—and your ideas—as the foundation on which to build America's future.

It was just a few years ago that the liberal media and public officials such as Senator Chuck Schumer cheered the proclamation that *"Reaganism is dead."* Rarely have so many people been so very wrong—and so very disappointed.

To further fuel the grassroots energy that today's youth bring to the Conservative Movement, it is vital that Young America's Foundation expand its reach.

<u>That job falls to you and me.</u> Because we remember Ronald Reagan's Presidency, and know, firsthand, what he achieved.

We must work together to carry President Reagan's message forward to today's young people. They must learn how his ideas restored America's prosperity, his courage ensured that our nation could defeat the "axis of evil," and his optimism made us believe in America's greatness.

Young America's Foundation educates young people by taking them to the Reagan Ranch and Reagan Ranch Center to show them just how simply my father lived. Students walk in his footsteps, explore his home, and share in the Ranch's inspirational beauty.

They learn that world-changing history was made at the Ranch.

It was at the Ranch where President Reagan signed the 1981 Economic Recovery Tax Act—the largest tax cut in America's history…where he welcomed Queen Elizabeth II, Mikhail Gorbachev, and Margaret Thatcher…where he reached out to America via his weekly radio addresses…and where he shouldered some of the world's heaviest burdens.

The challenge of protecting this 688-acre property, preserving Ronald Reagan's treasured possessions, and maintaining the buildings and trails—exactly as my dad kept them—is a costly

(over, please)

- 4 -

endeavor.  <u>Remember, dedicated citizens—not the government—helped save the Ranch</u>.  We continue to rely on supporters to sustain it.

Your gift today will help the Reagan Ranch take its place with other Presidential homes such as George Washington's <u>Mt. Vernon</u> and Thomas Jefferson's <u>Monticello</u>.

And your support will help give young people the experience of a lifetime at Young America's Foundation's Reagan Ranch Center, a "Schoolhouse for Reaganism," in Santa Barbara, California.  Students from across the country attend conferences and other special events in its state-of-the-art classrooms, theater, conservative library, exhibits, and conference rooms.

Young America's Foundation valuable lecture program brings conservative speakers to students in high school and college.  **Stephen Moore, Michelle Malkin, Steve Forbes, Dr. Walter Williams, Herman Cain, Dinesh D'Souza, Ed Meese,** and many others who knew President Reagan, help spread the conservative message to students.

The Left speaks with distain about Ronald Reagan's ideas and accomplishments.  Today, Young America's Foundation is working overtime to recruit young people who will set the record straight.  <u>There has never been a more important time to reach today's youth with your ideas</u>!

My father never failed to remind us that the decisions we make as a society will have a profound impact on generations to come.  Today, I urge you to join us and help us pass his incredible story and timeless beliefs on to young people.

For a gift of $25 or more, your name, or that of a loved one, will be added to the official **Reagan Ranch Registry of Members**.  Please be sure to print the name you designate on the Receipt Confirmation just as you want it to appear.

If you send a generous gift of $1,000 or more, we'll see to it that your name or that of a loved one is engraved on the 2012 panel of **Freedom Wall** at the Reagan Ranch for all admirers to see for decades to come.

Please accept your **2013 Reagan Ranch Calendar** as a symbol of my appreciation, as his son, for all you do to make certain my dad's values and beloved ranch are preserved and passed on to America's young people.

Thank you for your support.  My dad would be so proud!

Sincerely,

Michael Reagan

P.S.  Recognizing the critical need for us to work together to continually inspire today's young conservatives, I urge you to also consider including Young America's Foundation in your estate plans and become a member of our *Ranch in the Sky Legacy Society*.  Taking this action today will ensure that you can pass on your ideas to America's future leaders and protect America's freedom.  To learn more about this exceptional opportunity, please contact Kimberly Begg at 800-USA-1776.  Thank you for honoring my dad in such a meaningful way.

### GEORGE W. BUSH
### PRESIDENTIAL CENTER

June 17, 2010

Mr. Harun Pejcinovic
1703 Fowler Ave.
Brox, New York 10462-4026

Dear Mr. Pejcinovic,

On behalf of everyone here at the George W. Bush Presidential Center, I want to thank you for your generous contribution of $50. The Center is a non-profit entity, tax I.D. number 20-4119317. Under IRS guidelines, the full amount of your gift qualifies as a charitable contribution. The George W. Bush Presidential Center has not provided any goods or services in exchange for your contribution.

**Your 2010 Charter Membership Card sets you apart as one of the first individuals invited by President and Mrs. Bush to support the Center. They are so honored to have your support as they continue to advance the ideals of freedom, opportunity, responsibility and compassion.**

Through your generosity, you are helping the George W. Bush Presidential Center flourish as a place that will celebrate these values — through exciting events and exhibits and entertaining educational programs at the George W. Bush Presidential Library and Museum, and through bold new ideas we will offer through the Bush Institute.

It means so much to President and Mrs. Bush that you are one of the first to support the Center — and all of us here at the Bush Center are so grateful. I'll keep you posted on the Center's development, and the outstanding programs we'll be offering.

Sincerely,

Hon. Mark Langdale, President
George W. Bush Foundation

P.S.    President and Mrs. Bush have an exciting vision for the George W. Bush Presidential Center. They want it to be a place where history lives, where ideas flourish, where the Presidency itself is understood and appreciated — so that future generations can learn from the challenges America has faced, as well as our nation's extraordinary success in promoting freedom, opportunity, responsibility and compassion here at home and around the world. You are helping make this vision a reality. Thank you again for your support.



GEORGE W. BUSH
PRESIDENTIAL CENTER
★ ★ ★

**"I will live and lead by these principles: to advance my convictions with
civility, to pursue the public interest with courage, to speak for greater justice
and compassion, to call for responsibility and try to live it as well."**

– President George W. Bush, 1/20/2001

Mr. Harun Pejcinovic
1703 Fowler Ave.
Brox, NY 10462-4026

Dear Mr. Pejcinovic,

    With those words in his First Inaugural Address to the Nation, President Bush made a
pledge to the American people. Now, as we mark the ten-year anniversary of his inauguration,
together we can share the many ways President Bush kept his promise to America.

    Through his eight years in the White House, President Bush led with courage and
compassion — and that leadership continues today as President and Mrs. Bush create the
George W. Bush Presidential Center thanks to your generous support.

    Mr. Pejcinovic, it is in honor of your leadership that I present your **2011 Membership
Card** from the Bush Center. This is a special recognition of your support, and sets you
apart as an American who stands proudly with President and Mrs. Bush. It shows you
appreciate the extraordinary service they gave our Nation and our world during their
years in the White House, and that you embrace the values and ideals that President and
Mrs. Bush continue to advance through the Bush Center.

    Since I've had this Membership Card commissioned exclusively for supporters of the
Bush Center, I want to make sure that yours arrived promptly, and that you will continue your
commitment to the Bush Center.

    So please, Mr. Pejcinovic: Take a moment to complete the **Receipt Verification** I've
enclosed for you and send it back to me today along with a tax-deductible gift of at least
$50, or even $75 or $100, if that's possible, to continue your leadership as a Charter
Member of the George W. Bush Presidential Center.

    With your 2011 contribution, you will join us in celebrating the 10th anniversary of
President Bush's inauguration, and the principled leadership he and Mrs. Bush continue to offer
to our Nation through the Bush Center. President and Mrs. Bush are honored by the support you
have given them throughout their public service, and they are pleased that you were among the
first supporters of the Bush Center. Already you can see the impact of your support…

(over, please…)

Page Two

Through The Bush Institute, President and Mrs. Bush are making the Bush Center a vibrant hub of principled thought and practical action. President Bush has not wavered from his principles. He and Mrs. Bush are more committed than ever to the ideals of freedom, opportunity, responsibility, and compassion that they offered to the Nation upon entering the White House in 2001. That commitment shows through every Bush Institute initiative.

One exciting program being offered by The Bush Institute is an innovative initiative to bring proven leaders from diverse backgrounds — including education and business fields, as well as the military — to train and serve as principals for America's schools. The Bush Institute's work on the economy, education reform, global health, and human freedom are being covered throughout the media, including prominent news outlets such as *The Wall Street Journal* and the FOX News Channel.

In November we celebrated the official groundbreaking on construction of the Bush Center. We're looking forward to the George W. Bush Presidential Library, which will examine President Bush's leadership and the key decisions made throughout his Administration — from the vision he presented to America upon his Inauguration ten years ago, to his courage in leading our Nation and our world after the 9/11 terrorist attacks, and his commitment to opportunity for all through lower taxes and economic growth, human freedom, education reform, and global health.

I'm excited about a new exhibit we're featuring here at Southern Methodist University. **"Breaking New Ground: Presenting the George W. Bush Presidential Center"** previews historical artifacts and papers that will be on exhibit when the Bush Center opens in 2013, as well as casts the vision for all that the Bush Center will bring to the Nation. The most popular items so far are the bullhorn President Bush used when he went to Ground Zero on September 14, 2001, and the pistol recovered from Saddam Hussein upon his capture in Iraq. (This exhibit runs through February 6, 2011. You can view an online tour at www.georgewbushcenter.com.)

President and Mrs. Bush are honored that you were among the first Americans to join them as part of this exciting endeavor. They are counting on your continued support for the coming year. It is on their behalf that I present your **2011 Membership Card**. Please send me your *Receipt Verification* so I will know your Card arrived in good condition.

And please also include a generous tax-deductible contribution for 2011 to continue your support, and show the world that you stand with President and Mrs. Bush as we celebrate the 10th anniversary of his Inauguration. Thank you.

Sincerely,

The Honorable Mark Langdale, President
George W. Bush Foundation

P.S.    Ten years ago, in his First Inaugural Address, President Bush said: **"Today, we affirm a new commitment to live out our Nation's promise through civility, courage, compassion, and character."** That commitment continues thanks to the George W. Bush Presidential Center and The Bush Institute. Your support for this exciting endeavor means so much to President and Mrs. Bush, and they would be honored to have you standing with them this year as they work to share America's history and the ideals that make our Nation great.

Please complete the *Receipt Verification* I've enclosed for you and send it right back to me so I will know your Card arrived in good condition. Please also send a generous tax-deductible membership contribution for 2011, and continue your support for the Bush Center as we celebrate the 10th anniversary of President Bush's Inauguration. Thank you!



GEORGE W. BUSH
PRESIDENTIAL CENTER
★ ★ ★

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462-4026

Dear Mr. Pejcinovic,

I'm honored to present your **2012 Membership Card** on behalf of President and Mrs. Bush and everyone here at the George W. Bush Presidential Center.

Through your support of the Bush Center, you are helping President and Mrs. Bush continue their public service, with <u>leadership</u> that is rooted in sensible policies and sound ideas, not politics and partisanship... and <u>ideals</u> that emphasize getting results and making a real difference in our world and in the lives of others.

Mr. Pejcinovic, this is the leadership that is a hallmark of President Bush's public service. The first decade of this century was a time of great consequence in our Nation. President Bush led with courage and principle... even when his decisions were unpopular.

It is up to those of us who supported President Bush to do what we can to make sure the history of his presidency is presented in a fair and balanced manner. We must explain and stand up for the ideals of freedom, opportunity, responsibility, and compassion that defined the Bush Administration. We must continue to advance those ideals into the future.

This is the work of the Bush Center. It is in celebration of your commitment to this work that I present your **2012 Membership Card**.

I've had this Membership Card commissioned exclusively for supporters of the Bush Center — so I wanted to be sure yours arrived promptly. I also need to be certain that you will continue your commitment to the Bush Center and the one-of-a-kind programs that President and Mrs. Bush are envisioning for the coming year and beyond our grand opening in 2013.

So please, Mr. Pejcinovic: Take a moment to complete your *Membership Renewal* and send it back to me today along with a tax-deductible gift of at least $50, or even $75 or $100, if that's possible, to continue your leadership as a supporter of the George W. Bush Presidential Center.

Your **2012 Membership Card** arrives at a time when the news is filled with stories of gridlock and partisanship in Washington. President and Mrs. Bush are bringing people together

(over, please...)

PO BOX 560887 · DALLAS, TX 75356 · WWW.BUSHCENTER.COM

Page Two

from different backgrounds and perspectives and are working to create real solutions that will get results and make people's lives better.  This work is taking place through the Bush Institute — a first-of-its-kind institute of principled thought and practical action.  Programs so far include:

- The Pink Ribbon Red Ribbon initiative: an innovative global health partnership that the Bush Institute is helping to lead.  The goal is to fight cervical and breast cancer — two of the leading causes of cancer death in women — in Sub-Saharan Africa and Latin America.

- The Alliance to Reform Education Leadership, which connects leaders from the military, business, and other areas with America's schools; and Middle School Matters, which is helping put middle school students on a path to success in high school and beyond.

- The Warrior 100 bike ride and the Warrior Open golf tournament were both hosted by President Bush as part of the Bush Institute's Military Service Initiative to recognize service members wounded in Iraq or Afghanistan.

- The Freedom Collection — a permanent archive of writings, historic documents, and personal stories that bring to life the struggle for freedom around the world — as well as Human Freedom conferences that empower today's voices of freedom around the world.

President and Mrs. Bush are thrilled that you are standing with them in this work and giving them a platform for their continued public service.  That's why I hope you will accept your **2012 Membership Card**, and continue to help tell the story of President and Mrs. Bush's leadership and join with them in the coming year to make a difference in our world.

Please send your *Membership Renewal* along with your generous tax-deductible gift today.  And on behalf of President and Mrs. Bush, thank you for your leadership.  Make sure to visit www.bushcenter.com for the latest news and events and to see your support at work.

Sincerely,

The Honorable Mark Langdale, President
George W. Bush Foundation

P.S.     President and Mrs. Bush are working through the George W. Bush Presidential Center to focus our country on what really matters: bold ideas and practical action that will bring more freedom and prosperity to America and our entire world.  President and Mrs. Bush are honored by this opportunity for leadership and public service, and they are grateful to you for making it possible by supporting the Bush Center.

That is why I'm pleased to present your **2012 Membership Card**.  President and Mrs. Bush are actively involved in every program and aspect of the Bush Center, and it will mean so much to them that they have your support in the coming year.  I hope you will complete your *Membership Renewal* and send it to me along with a generous tax-deductible gift.  Thank you!

029215

# REAGAN RANCH
*A project of Young America's Foundation*

6655


YOUNG AMERICA'S
**F O U N D A T I O N**

*Link your name with
Ronald Reagan during the
100th anniversary of his birth!*

CARD NUMBER R3360466555
VALID THROUGH 12/31/11

Dear Mr. Pejcinovic,

You have made a difference in helping us preserve Ronald Reagan's ranch and advance his freedom philosophy to today's young people.

As we commemorate the 100th anniversary of Ronald Reagan's birth, Young America's Foundation is pleased to present you, with your exclusive 2011 Reagan Ranch Member Card.

This may be the most valuable member card, because it comes at the time of Ronald Reagan's 100th birthday anniversary. There is no better time to have your name linked with Ronald Reagan's ranch than right now in 2011. **Please consider marking this special occasion with a gift of $100 for the 100th anniversary!**

Mr. Pejcinovic, I hope you will treasure this card as a small token of our thanks for your ongoing commitment to honor Ronald Reagan.

Please act today to confirm that you have received your card at your Bronx address.

Simply return the attached Member Receipt Confirmation in the pre-addressed envelope to tell us that the information on your card is correct and that it has arrived undamaged. Thank you for taking this action!

As you and I struggle to preserve freedom, we can celebrate the victory of Ronald Reagan's conservative ideas in recent battles.

Years ago, President Reagan stated that *"Government isn't the solution to our problems; Government is the problem."*

It is encouraging that the American people have recognized the failures of Big Government.

The Left is seeking to reverse everything Ronald Reagan fought for by turning America in a socialistic direction.

(over, please)

217 STATE STREET · SANTA BARBARA, CALIFORNIA 93101 · (888) USA-1776 · WWW.YAF.ORG

– 2 –

Government spending is at unsustainable levels, and if not stopped—will pass down burdens upon our children and grandchildren for decades.

Ronald Reagan's words, of more than thirty years ago, are still applicable today. He once said,

*"You and I have a rendezvous with destiny. We can preserve for our children this, the last best hope of man on earth, or we can sentence them to take the first step into a thousand years of darkness."*

Without question, Ronald Reagan was a man for the ages. His ideas are timeless and must be passed on to future generations.

That is why it is vital that we protect President Reagan's ranch and use it to educate people about the Ronald Reagan you and I loved.

The Gipper once said, *"We relax at the ranch, which if not Heaven itself, probably has the same ZIP code."*

You are instrumental in helping Young America's Foundation preserve this national treasure the press called "The Western White House."

However, as the Left seeks to undermine American values and institutions, we very much need your support now to strengthen and expand our outreach programs at the Ranch and across the country.

President Reagan called his 688-acre Rancho del Cielo "home" for a quarter of a century and he spent 350 days of the eight years of his presidency at the Ranch.

*This year* is so special.

It's the 100th anniversary of Ronald Reagan's birth and the thirteenth year since Young America's Foundation saved President Reagan's home.

We could not have done it without your help.

It is because of your efforts that the power of visiting President Reagan's home is an unparalleled experience for our nation's youth.

High school and college students, who are eager to embrace our 40th President's values and ideas, travel from all across the country to visit this premiere presidential site!

There, they "find and discover" Ronald Reagan and his character.

Students find him in the humility of the Ranch, including the small, adobe home where the President came to relax.

(next page, please)

– 3 –

It's an experience that changes the lives of young people.

Your support in 2011 is crucial if we are to keep the Reagan Ranch in excellent shape and accommodate the high demand from young people to visit this incredible site.

Young America's Foundation's **Reagan Reagan Center** in nearby Santa Barbara, which is known as a "Schoolhouse for Reaganism," is where thousands of young people learn Ronald Reagan's conservative ideas in a state-of-the-art theater, exhibit gallery, classrooms, and more.

**You will want to have your name linked with Ronald Reagan in this 2011 anniversary year, perhaps more than any other year in the future.**  This is the year for national attention on Ronald Reagan and his ideas.

Americans everywhere will celebrate the 100th anniversary of his birth, and many will join us at the Reagan Ranch and Reagan Ranch Center to learn the important story of the Ranch in the President's life.

Yet, there is one group who doesn't want to see us celebrate Ronald Reagan or his ideas: it's the Left.

The Left delights in pushing their ideology of socialistic schemes and Big Government policies on young people in many schools.

The core conservative and American principles Ronald Reagan embraced are under attack from leftist professors and administrators.

A high school teacher in California recently remarked to a student, *"Reagan was an idiot."*  The student stood up to the teacher in the classroom.  There are thousands of more students who reject these attacks on Reagan.

Instead, increasing numbers of students—who are skeptical of Obama—are wanting to learn more about limited government, free enterprise, personal responsibility, and a strong national defense.

Young America's Foundation will begin this year with students on more than 2,000 campuses—student volunteers who advance your ideas.

What's more, Young America's Foundation reaches thousands of young people through its conferences, lectures, and conservative training programs.  C-SPAN covers our programs and broadcasts your ideas to more than 100 million households—and millions more via the internet.

*Insight* magazine praised our efforts when it wrote,

*Young America's Foundation is leading the conservative charge to win the hearts and minds of impressionable … students … Indeed, the Foundation organizes so*

(over, please)

– 4 –

*many programs on so many campuses that it's difficult to find a conservative
activist younger than 30 who hasn't had some contact with its activities.*

And thanks to your ongoing support we sponsor the largest conservative lecture program
in the nation for students. **Steve Forbes, Michelle Malkin, Ben Stein, Stephen Moore, John
Ashcroft, Ann Coulter,** and **John Stossel** are just a few of the distinguished leaders in our lecture
program speaking to large student audiences.

But if it weren't for our supporters, there would be no conservative programs for young
people at the Ranch or in their schools.  It's through your support that thousands of students
are able to visit the Reagan Ranch and Reagan Ranch Center, walk in President Reagan's
footsteps, and learn about his traditional values and conservative ideas.

Years ago, President Reagan reminded all of us of the importance of reaching these
students, *"Freedom is never more than one generation away from extinction."*

It is absolutely vital that we work hard to reach young people with our ideas.

Your support in 2011 will be crucial to help us meet our goal to preserve the Reagan
Ranch and educate a new generation of conservative leaders.

**What a great way to celebrate the 100th anniversary of Ronald Reagan's birth!**

<u>You will want to join us during this important year, when enthusiasm for Ronald Reagan
and his ideas is high.</u>

Please return your Member Receipt Confirmation along with your gift today.  This
celebratory year is sure to be one of our best as we all stand together to honor a man who
stands as one of our nation's greatest leaders.  Please let me hear from you soon.

Gratefully,

Ron Robinson
President

P.S.    You can celebrate Ronald Reagan's 100th birthday anniversary by activating your 2011
Reagan Ranch Member Card with a generous contribution that will enable us to
protect his ranch and reach tens of thousands of young people with the truth about
Ronald Reagan.

There is no better time to have your name linked with Ronald Reagan's ranch than right
now in 2011.

Please carry your 2011 Reagan Ranch Member Card with pride and, if possible, consider
increasing your contribution this year to ensure that we can reach young people with
your ideas!  Thank you.

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, New York  10462-4026

Dear Mr. Pejcinovic,

Laura and I wish you a Happy Fourth of July.

As we celebrate our independence, people around the world are yearning for
their own freedom and risking their lives to fight oppression.  Laura and I
had the privilege of meeting many of these brave individuals at the White
House.  They inspired us.  And we did our best to assure them that they were
not alone — that the hopes and prayers of a great Nation were with them.

To share the stories, the George W. Bush Presidential Center recently
launched the Freedom Collection.  We are collecting interviews and artifacts
of political prisoners, dissidents, and other heroic figures — not just to
celebrate the past, but to educate the next generation.  I hope you will visit
FreedomCollection.org to watch these inspiring videos.

This effort to advance freedom is just one of the many initiatives of the
Bush Institute — an action-oriented organization that is focused on making
a significant, lasting difference in America and around the world.

You make this work possible by supporting the Bush Center, and your
confidence means a lot to Laura and me.  We hope you'll continue your
support with a special Fourth of July contribution, so we can keep working
on your behalf to keep America strong and make a difference in the world.

There is nothing easy about the pursuit of freedom.  In America, we know
something about this.  We've faced challenges since our independence, and it
took decades of struggle to live up to our founding promises.  But we've
overcome every obstacle because we never ceased believing in the power of
those ideals — and we should not today.

Thank you for your friendship.  May God bless you, and may God
continue to bless America.

Sincerely,

George W. Bush

0084931

# Certificate of Appreciation

Citizens United for the Bush Agenda is proud to award this honor to

## Mr. Harun Pejcinovic

In recognition of your steadfast support of President Bush and his administration, your devotion to our nation's strong national defense, and your unwavering commitment to the conservative ideals upon which this nation was founded. Thank you for your generosity and your patriotism.

David N. Bossie, President

Floyd G. Brown, Chairman of the Board

"I appreciate your support as we continue to work on issues that are important to Americans."

President George W. Bush

20570



# CERTIFICATE OF NOMINATION

With confidence that the ministry partner named below desires to bless Israel and the Jewish people in response to the Bible's call,

## MR. HARUN PEJCINOVIC

*is hereby nominated by the*

INTERNATIONAL FELLOWSHIP OF CHRISTIANS AND JEWS®

*as a follower in the path of the*

## 'Righteous Gentiles'

who bravely stood in support and solidarity with the biblical land of Israel and her people.

*"I will bless those who bless you, and whoever curses you I will curse."*
GENESIS 12:3

Rabbi Yechiel Eckstein
Founder and President

014482



Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462-4026

January 17, 2013

Dear Harun,

Thank you for sending your special gift this month to help Jewish Voice launch a new year of outreach and ministry to take the Gospel to every nation as Yeshua commanded. The knowledge that we have that time is growing short adds a great sense of urgency to our efforts to bring in the harvest.

The financial investment that friends like you make in this work provide life-saving medical care through our clinic outreaches, discipleship and leadership training through our resources, and so much more. You are touching lives all around the world.

And as you continue to stand with us, we anticipate doing more than ever for God's Kingdom in this new year. Thank you so much for being part of this ministry and for your gift this month.
God bless you.

To the Jew first and also to the Nations,

Jonathan Bernis

262-C-23



Michael R. Bloomberg
Mayor, City of New York
Chair, National September 11 Memorial & Museum

Joseph C. Daniels
President & CEO
National September 11 Memorial & Museum

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY  10462-4026

Dear Mr. Pejcinovic,

<u>THANK YOU</u>.

By agreeing to serve as a Charter Member of the National September 11 Memorial & Museum at the World Trade Center and sending your generous donation of $100, you have truly made a difference.

Your contribution has made a great impact on our work to build a lasting Memorial and Museum to honor the 2,977 people that were killed in the attacks ten years ago and the six men and women who perished during the 1993 World Trade Center bombing.

That's why it's so important for us to know you're a part of this effort.  Getting help from dedicated supporters like you really means a lot, so please accept our heartfelt gratitude.

Mr. Pejcinovic, as a special tribute to your generosity I have enclosed your Charter Member Certificate, Cobblestone Sponsorship Certificate, official lapel pin and Preview Site Member Card for a 15% discount at the Preview Site and online stores.

I have also included your individually numbered, personalized photo, suitable for framing, entitled "Tribute in Light" as a reminder of what we are trying to accomplish together.

We must continue to honor the heroic acts of police officers, firefighters, emergency medical personnel, other first responders and ordinary citizens who gave their lives so others might live . . .

. . . and the courage and resilience of the survivors of the horrific attacks . . .

. . . and the compassion of Americans who came to Ground Zero from all over the country, without being asked, to bring food, supplies, medicine and clothing must also be remembered.

Since I last wrote you, the Memorial was dedicated at a ceremony open to victims' family members on September 11, and we began welcoming visitors the next day. The Memorial is beautiful; a place for contemplation and remembrance. The twin centerpieces of the Memorial are the voids on the two footprints where the Twin Towers once stood. Set within the Memorial plaza at street level, the voids convey the loss felt by all of us on September 11, 2001.

Around the pools, inscribed in bronze, are the names of those who died on September 11 and in the first attack on the World Trade Center on February 26, 1993. It will also honor the first responders who heroically risked their own lives to save others. And it pays tribute to the spirit of courage, compassion and kindness that filled the hearts of so many Americans during the immediate days, weeks and months after the attacks.

But while our hearts are heavy with emotion as we reflect on the dedication of the Memorial and our special ceremony, the fact is we still have a lot of work to do before we can operate the Memorial and fund the exhibitions for the Museum.

Over, please . . .

Page Two

This will only be possible because of people like you, Americans and people from around the world, who have donated more than $350 million. We still have a ways to go -- and that's why your support and generosity now means so much to us.

Thank you from the bottom of my heart for everything -- knowing we have your support is a real boost.

Sincerely,

Joseph C. Daniels
President and CEO

P.S.    We need to raise awareness of the 9/11 Memorial and Museum and get more people involved with our efforts, and you can definitely help us out with that. Please talk to your friends and neighbors about the Memorial and Museum. We've come a long way towards making the Memorial and Museum a reality, but there's still a lot to do.

And if it's possible for you to send an additional gift today, it would be an enormous help. As I said, we are extremely grateful for your past support, but we still need additional funds and we don't want to delay construction of the Museum. Anything extra you can send will be greatly appreciated. Thanks again.

P.P.S.  Did you know that you can make your donation to the 9/11 Memorial and Museum go even further by participating in a program that allows your Employer to match your contribution dollar for dollar? Please see the reply form below for more information.

# 9/11
## MEMORIAL

Paula Grant Berry
Member
Board of Directors

Mr. Harun Pejcinovic
1703 Fowler Ave.
Bronx, NY 10462

Dear Mr. Pejcinovic,

Words can't express how grateful I am to you for helping us build the National September 11 Memorial.

I'm well aware that you are among the Memorial's supporters, and I just think it's remarkable that after you learned of this historic project, you were moved to make a generous donation.

It's very personal to me, because my husband David Berry was among the nearly 3,000 men, women and children who were killed on that awful day.

All these years later, our family has integrated the tragedy – and the new National September 11 Memorial – into our lives.

Because one thing I've discovered about having someone taken from you so suddenly . . . there's no such thing as "closure" or anything like that.

The best you can hope to do is fill the void in your life with something tangible . . . something positive.

And that is why I hope you will remain a loyal friend of the Memorial, helping to fund its operations and also to build the Museum.

**Mr. Pejcinovic, if you can, please make one special gift to continue all the amazing work we've done together – simply complete your enclosed Personal Reply and mail it back with your most generous contribution of $200, $150, $100, or whatever you can afford.**

Since the opening ceremony last year, we've welcomed nearly three million visitors, all of whom have experienced the Memorial's beauty.

**Have you been able to visit the Memorial yet? I hope so, because if your first**

Over, please . . .

Page two

**visit is anything like mine, it is something you will never forget.  Let me tell you what it means to me . . .**

When our Navy SEALs killed Osama bin Laden, I heard from some people, asking me if it brought a sense of "closure."  The answer is "no."  There was no closure when he was killed, nor when the Memorial opened.

The word "closure" implies "forgetting," and moving on.  That's not what the Memorial represents.  What the Memorial does is fill a void for families like ours.  It helps us make sense of where we are in our lives moving forward.  And it helps ensure that the world "Never Forgets."

That's why, now that the Memorial is open to the public, I like to take people who are close to me for a visit.  When friends of David's go for the first time, I like being the one to bring them.

You see, while my husband was a victim in the 9/11 attacks, he lives on in our sons, in the way I speak about him, and in this Memorial.  The Memorial fills a void in our lives, and in America's heart.

And beyond that, men and women from more than 150 different countries have come to the Memorial to share the experience, which fills me with abundant hope for the future.  It's a place that connects us, rather than divides us, by reminding all people of our common humanity.

But our mission is not yet complete, so I hope you will continue on as a special member of the 9/11 Memorial family.  If you can, please send one generous gift to help us operate the Memorial and build the Museum.

Thank you again, for everything.

Sincerely,

Paula Grant Berry
Member of the 9/11 Memorial Board of Directors

P.S.     For me and my sons, the 9/11 Memorial is a place we visit often.  Their father David is gone and the boys were too young to have many deep memories.  For us, the Memorial helps to keep David's memory alive.  So thank you for everything you've done to build and sustain this incredible Memorial – I hope you will continue to support this great cause.  Thank you so much.

FROM THE DESK OF

# JOSEPH C. DANIELS

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx, NY 10462

Dear Mr. Pejcinovic,

Have you been here yet?

I'm writing you today from the National September 11 Memorial that you built as a tribute to the victims and heroes of that awful day.

And as I sit on this stone bench just beyond the Memorial pools — the "footprints" of the towers that collapsed in a horrific scene of steel and fire — I can't help but think about the men and women we lost . . . of all the devastated families left in the wake of such carnage.

But the Memorial is inspiring as well as solemn, and so my thoughts drift to the amazing first responders who ran up the melting stairwells, and the outpouring of unity, generosity, and love from Americans of all races and backgrounds during the months of recovery.

And I think of you, Mr. Pejcinovic.

Because truly, I have never been more grateful to you than

(over, please)

ONE LIBERTY PLAZA, 20TH FLOOR, NEW YORK, NY 10006  P: (212) 312-8800  F: (212) 227-7931

Page two

I am right now.

Your steadfast generosity is the reason why I am visiting this Memorial today.

More importantly, you are the reason why tens of thousands of people have experienced the Memorial's overwhelming beauty, power, and poignancy since it opened last September.

If you haven't already, please come see it for yourself soon.

If you have been here, I hope you will come back and see how it feels again . . . see the trees begin to come alive this Spring, feel how the surging power of the waterfalls makes your heart skip a beat, see the reactions of other visitors as they drift by the names inscribed in bronze panels around the edge of the pools.

It's all here because of you.

Of course, in addition to visiting the Memorial you helped build, I hope you will also remain a trusted supporter in our effort to inform visitors about the full scope of September 11, 2001, and the aftermath.

Because while the Memorial is now up and operating in lower Manhattan, we still have a lot of work to do to build the Museum,

(Next page, please)

Page three

which will tell the thousands of personal stories of 9/11, bearing solemn witness to the attacks, honoring the nearly 3,000 victims, and paying tribute to those who demonstrated extraordinary courage and compassion in the days and weeks that followed.

That's why, if you can, I hope you will send one special membership contribution today to help us get the Museum up and running.

I've enclosed a Personal Reply and a courtesy return envelope, so please take a moment right now to send the most generous gift you can afford at this time.

Every dollar you are able to contribute today will help us add to the Museum's growing collection of artifacts, photographs, audio and video tapes, personal effects, memorabilia and more, all of which will tell the story of 9/11 and its aftermath for generations of visitors.

As you can imagine, it is a lot of work to get a Museum of this scale up and running, so I hope you will help, because this project is of equal importance as the Memorial we finally completed last year.

Your support as a Charter Member is the reason we have been able to make so much progress, opening the Memorial to the world, and now building the Museum.

But we aren't at the finish line yet.

(over, please)

Page Four

That's why we must focus on the task at hand in 2012.

I'm confident we'll get there if loyal friends like you, Mr. Pejcinovic, continue offering your generous help.

So please return your Personal Reply along with your most generous gift of $200, $150, or even $100 for the Museum using the envelope I have provided with this letter.

On days like today, I am overcome by the goodwill and generous spirit you have shown. You have truly put us on the path of recovery and renewal.

Mr. Pejcinovic, thank you once again for your ongoing support.

Sincerely,

P.S. Please return your Personal Reply along with your most generous contribution in the next five days to ensure that we can continue building the Museum's collection and putting together powerful exhibitions that will educate and inspire visitors for decades in the future. Thank you so much!



# 9/II
## MEMORIAL

COBBLESTONE SPONSORSHIP CERTIFICATE

### Mr. Harun Pejcinovic

The National September 11 Memorial & Museum
is honored to include you among our supporters.
A cobblestone sponsored in your name will permanently
line the Memorial at the World Trade Center.

Your cobblestone brings us one step closer to completing
this national tribute - a place of remembrance, reflection
and learning for generations to come.

Out of respect for the victims of the attacks of
September 11, 2001, and February 26, 1993, cobblestones
will not be inscribed with donor names. To locate
your cobblestone, you will enter your name at a kiosk
located on the Memorial Plaza.

# 9/11
# MEMORIAL

## Mr. Harun Pejcinovic

The National September 11 Memorial & Museum
acknowledges you as a Memorial Builder.
Thank you for your support and
this wonderful gift to help build this national tribute,
which will be a place of remembrance,
reflection, and learning for generations to come.
Commemorating the victims of the terrorist attacks,
the 9/11 Memorial will honor those who perished,
pay tribute to those who risked their lives
to save others, recognize the endurance of
those who survived, remember the worldwide
outpouring of support, and contemplate
the continuing significance
of these events for our global community.

Joseph Daniels, President and CEO
**NATIONAL SEPTEMBER 11 MEMORIAL & MUSEUM**

ONE LIBERTY PLAZA, 20TH FLOOR, NEW YORK, NY 10006  P: (212) 312-8800  F: (212) 227-7931



AMERICAN BIBLE SOCIETY
*Sharing God's Word with the World*

December 21, 2011

Mr. Harun Pejcinovic
1703 Fowler Ave
Bronx NY  10462-4026

Dear Mr. Pejcinovic,

Thank you so much for your recent gift of $30.00 on December 15, 2011 to help provide Bibles to our wounded Veterans. It is a privilege to have you as a friend, and American Bible Society is deeply grateful for your generous support.

More than ever, people are crying out for Scriptures. And with help from generous friends like you, American Bible Society is responding to God's command to proclaim His "words on the far-off shores" Jeremiah 31.10 (*GNT*).

In Asia, Africa and Latin America, people long for hope. With your help, we're rushing Scriptures to them. In America's inner cities, men, women and children search desperately for answers. You're helping to place God's Word into their hands, and change lives.

Yet, millions upon millions are still without the Scriptures. And for their sake, we must keep the Bible presses rolling today and into the new year.

Please help as you are able today by sending an additional gift. It could be put to work immediately to help provide Bibles in so many countries. Much has already been accomplished through your support, but there's more to be done. And we need your help to do it.

I hope you will also pray for those who still wait for the Scriptures. And please know that we are also praying for you. Thanks again for your gift to help share God's Word.

Sincerely,

*Lamar Vest*

Lamar Vest
President, American Bible Society

P.S.     I've enclosed some information on how you can participate in the Great Commission even more through Planned Giving. Please don't hesitate to contact us about this opportunity.

The donor received no goods or benefits in return for this gift. This gift is tax deductible, as allowed by law.

1865 BROADWAY • NEW YORK, NY 10023 • TOLL FREE: 1-866-895-4448 • AMERICANBIBLE.ORG

# Certificate of Appreciation

presented to

## Mr. Harun Pejcinovic

In recognition of an important contribution to the ongoing fight
against hatred and intolerance in America.

The name shown above will be added to
the Wall of Tolerance in Montgomery, Alabama,
to provide inspiration to all those who choose
to take a stand against hatred.

Thank you for taking a stand.

*Morris Dees*

MORRIS DEES, FOUNDER
SOUTHERN POVERTY LAW CENTER

THIS IS TO CERTIFY THAT

## HARUN PEJCNOVIC

(YOUR NAME HERE)

HAS LEARNED THE RULES OF FIRE SAFETY
AND PREVENTION AND IS HEREBY GRANTED
THE TITLE OF

# JUNIOR
# FIREFIGHTER

FIRE DEPARTMENT, CITY OF NEW YORK







*Michael R. Bloomberg*

MICHAEL R. BLOOMBERG
MAYOR

*Salvatore J. Cassano*

SALVATORE J. CASSANO
FIRE COMMISSIONER





## THIS IS TO CERTIFY THAT

*Hasan Reynolds —* MOUNT VERNON 2014
(YOUR NAME HERE)

## HAS LEARNED THE RULES OF FIRE SAFETY AND PREVENTION AND IS HEREBY GRANTED THE TITLE OF

# JUNIOR FIREFIGHTER

## FIRE DEPARTMENT, CITY OF NEW YORK

*Salvatore J. Cassano*
SALVATORE J. CASSANO
FIRE COMMISSIONER

*Michael R. Bloomberg*
MICHAEL R. BLOOMBERG
MAYOR



ear Mr. Pejcinovic,

I've been fortunate to have many wonderful experiences in my life.

I won the 2008 U.S. Figure Skating Championships. I performed at the world-famous ice skating rink at Rockefeller Center r NBC's Today Show. And I appeared on the cover of *Sports Illustrated for Kids* in May of 2009.

But nothing compares to representing my country as a U.S. Olympic athlete at the 2010 Olympic Games in Vancouver! I dn't win a medal, but I sure came close. I was very happy to finish fourth in the ladies figure skating competition. I was also credibly honored. I'm already looking forward to competing in 2014 at the next Olympic Winter Games in Sochi, Russia.

While figure skating is not a summer sport, you can bet I'll be cheering for my fellow athletes during the 2012 Olympic and raalympic Games in London! I know you'll be rooting them on too. Through support of the U.S. Olympic Committee, you will monstrate how much you appreciate all the training and preparation required of Team USA members in order to compete ccessfully among the world's best athletes. And we're hopeful we can count on you for that support.

Even though there are no Olympic or Paralympic Games this year, U.S. Olympic and Paralympic hopefuls like me are eparing now for competition in 2012, 2014 and beyond. Day in and day out, we're working as hard as we can to make sure e're in tip-top shape and able to perform to the very best of our abilities.

Your gift today means we can take full advantage of the time we have left between now and our next Olympic competitions. ur generosity helps keep the Olympic Spirit alive by providing all athletes with the training facilities, coaching, equipment and pplies we need to develop our skills, stay in peak condition and make the full-time commitment required to compete at the ghest possible level.

Whenever I'm skating, I put a big smile on my face and make sure to savor every single moment I'm out there. That's not st because figure skating means so much to me, it's because I realize just how fortunate I am to be doing it on behalf of my untry as a member of Team USA. Without the kindness and generosity of the American public, I might not have that portunity. I might not be doing something I've loved since my first time on skates at the age of 5.

So thank you for being behind me and every other American athlete who has ever dreamed of winning an Olympic or raalympic medal. Thank you for believing in the Olympic Movement. And thank you for helping to make possible one of the st wonderful experiences of my life.

Sincerely,

Mirai Nagasu
U.S. Olympic Athlete, 2010, Vancouver
Figure Skating

S. Remember, when you give to the U.S. Olympic Committee, you're giving athletes like me the chance to fulfill our Olympic and Paralympic dreams – and to make America proud. Plus, for a gift of $20 or more, you'll receive a free U.S. Olympic fleece. Thanks again for your support.

DDA110101

# *Certificate of Support*

THIS CERTIFICATE HEREBY RECOGNIZES

## Mr. Harun Pejcinovic

IN GRATITUDE FOR YOUR SUPPORT OF THE

## UNITED STATES OLYMPIC COMMITTEE

AND COMMITMENT TO

TEAM USA



*Bart Conner*

BART CONNER, GYMNASTICS OLYMPIC GOLD MEDALIST

September 23, 2010

DATED

UNITED STATES OLYMPIC COMMITTEE

# *Certificate of Support*

THIS CERTIFICATE HEREBY RECOGNIZES

## *Mr. Harun Pejcinovic*

IN GRATITUDE FOR YOUR SUPPORT OF THE

## UNITED STATES OLYMPIC COMMITTEE

AND COMMITMENT TO

TEAM USA



*Anna Aragon*

—————————————————————
MIRAI NAGASU, OLYMPIC FIGURE SKATING

**January 4, 2011**

—————————————————————
DATED

# UNITED STATES OLYMPIC COMMITTEE